DocuSign Envelope ID  49BE6630-50D3-4630-A52D-6651B3A4797E

TTR   Sotheby's



 

## REGIONAL SALES CONTRACT

This SALES CONTRACT ("Contract") is made on    **October 29, 2014**    ("Contract Date") between
**Marina Martins**    ("Purchaser") and
**Christopher Swanson, Jeff Prints**    ("Seller") who, among other
things, hereby confirm and acknowledge by their initials and signatures herein that by prior disclosure in this real estate
transaction    **TTR Sotheby's International Realty**    ("Listing Company") represents
Seller, and    **TTR Sotheby's International Realty**    ("Selling Company") represents
[X] Purchaser OR [ ] Seller. The Listing Company and Selling Company are collectively referred to as "Broker". (If the
brokerage firm is acting as a dual representative for both Seller and Purchaser, then the appropriate disclosure form is
attached to and made a part of this Contract.) In consideration of the mutual promises and covenants set forth below, and
other good and valuable consideration the receipt and sufficiency of which is acknowledged, the parties agree as follows:

1. **REAL PROPERTY** Purchaser will buy and Seller will sell for the sales price ("Sales Price"), Seller's entire interest in
   the real property (with all improvements, rights and appurtenances) described as follows ("Property"):
   TAX Map/ID # _____ Legal Description: Lot(s) _____ Block/Square _____
   Section _____ Subdivision or Condominium _____
   Parking Space(s) # _____ County/Municipality _____
   Deed Book/Liber # _____ Page/Folio # _____
   Street Address **1375 Maryland Ave NE**
   Unit # _____ City **Washington** _____ State **DC** Zip Code **20002**

2. **JURISDICTIONAL ADDENDUM** The following Jurisdictional Addendum, if ratified and attached, is made a part of
   this Contract. Jurisdictional Addendum for [X] DC [ ] VA [ ] MD/County: _____
   [ ] Other: _____

3. **PRICE AND FINANCING**
   A. Down Payment $ _____
   B. Financing
      1. First Trust (if applicable) $ _**15%**_____
      2. Second Trust (if applicable) $ _____
      3. Seller Held Trust $ _____
         Addendum attached (if applicable)
      TOTAL FINANCING $ _____
      SALES PRICE $ **6,500,000.00**

   C. First Deed of Trust Purchaser will [ ] Obtain OR [ ] Assume a [ ] Fixed OR an [ ] Adjustable rate First Deed
      of Trust loan of the following type:
      [X] Conventional    See Addendum Attached        [ ] VA    See Addendum Attached
      [ ] FHA             See Addendum Attached        [ ] Other: _____
      [ ] This contract is not contingent on Financing.

   D. Second Deed of Trust Purchaser will [ ] Obtain OR [ ] Assume a [ ] Fixed OR an [ ] Adjustable rate Second
      Deed of Trust loan.

   E. Assumption Only Assumption fee, if any, and all charges related to the assumption will be paid by the Purchaser.
      If Purchaser assumes Seller's loan(s): (i) Purchaser and Seller [ ] will, OR [ ] will not obtain a release of Seller's
      liability to the U.S. Government for the repayment of the loan by Settlement, (ii) Purchaser and Seller [ ] will, OR
      [ ] will not obtain substitution of Seller's VA entitlement by Settlement. Balances of any assumed loans, secondary
      financing and cash down payments are approximate.

GCAAR Form # 1301 - Regional Sales Contract   Rev 01 12         Page 1 of 8        Seller/Seller    Purch:

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

DocuSign Envelope ID 49BE6630-50D3-4630-A52D-6651B3A4797E

4. **DEPOSIT** Purchaser has delivered a deposit ("Deposit") to *FEDERAL TITLE* ("Escrow Agent") of ☐ $ *3% of Sales* check and/or ☐ $ _____ by note due and payable on _____ . *Price*

The Deposit will be placed in an escrow account of the Escrow Agent after Date of Ratification in conformance with the laws and regulations of the appropriate jurisdiction and/or, if VA financing applies, as required by Title 38 of the U.S. Code. This account may be interest bearing and all parties waive any claim to interest resulting from the Deposit. The Deposit will be held in escrow until: (i) Credited toward the Sales Price at Settlement; (ii) All parties have agreed in writing as to its disposition; (iii) A court of competent jurisdiction orders disbursement and all appeal periods have expired; or, (iv) Disposed of in any other manner authorized by the laws and regulations of the appropriate jurisdiction. Seller and Purchaser agree that Escrow Agent will have no liability to any party on account of disbursement of the Deposit or on account of failure to disburse the Deposit, except in the event of the Escrow Agent's gross negligence or willful misconduct.

5. **DOWN PAYMENT** The balance of the down payment will be paid on or before the Settlement Date by certified or cashier's check or by bank-wired funds. An assignment of funds shall not be used without prior written consent of Seller.

6. **SETTLEMENT** Seller and Purchaser will make full settlement in accordance with the terms of this Contract ("Settlement") on, or with mutual consent before, *DEC 30 2014* ("Settlement Date") except as otherwise provided in this Contract. Purchaser selects: *FEDERAL TITLE* _____ ("Settlement Agent") to conduct the Settlement. (For transactions in Virginia, use the Virginia Jurisdictional Addendum to select the Settlement Agent.) Either party may retain their own legal counsel. Purchaser agrees to contact the Settlement Agent within 10 Days after the Date of Ratification to schedule Settlement and to arrange for ordering the title exam and, if required, a survey.

7. **PROPERTY MAINTENANCE AND CONDITION** Except as otherwise specified herein, Seller will deliver the Property free and clear of trash and debris, broom clean and in substantially the same physical condition to be determined as of ☐ Contract Date OR ☒ Date of home inspection OR ☐ Other: _____ . Seller will have all utilities in service through Settlement or as otherwise agreed. Purchaser and Seller will not hold the Broker liable for any breach of this paragraph.

Purchaser acknowledges, subject to Seller acceptance, that this Contract may be contingent upon home inspection(s) and/or other inspections to ascertain the physical condition of the Property. If Purchaser desires one or more inspection contingencies, such contingencies must be included in an addendum to this Contract.
☒ This Contract is contingent upon home inspection(s) and/or other inspections. (Addendum Attached)
OR
☐ Purchaser declines the opportunity to make this Contract contingent upon home inspection(s) and/or other inspections.

Purchaser acknowledges that except as otherwise specified in this Contract, the Property, including electrical, plumbing, existing appliances, heating, air conditioning, equipment and fixtures shall convey in its AS-IS condition as of the date specified above.

8. **ACCESS TO PROPERTY** Seller will provide the Broker, Purchaser, inspectors representing Purchaser and representatives of lending institutions for Appraisal purposes reasonable access to the Property to comply with this Contract. In addition, Purchaser and/or Purchaser's representative will have the right to make a final inspection within 5 days prior to Settlement and/or occupancy, unless otherwise agreed to by Purchaser and Seller.

9. **UTILITIES - WATER, SEWAGE, HEATING AND CENTRAL AIR CONDITIONING** (Check all that apply)
Water Supply:       ☒ Public   ☐ Private Well        ☐ Community Well
Sewage Disposal: ☒ Public   ☐ Septic for # BR _____   ☐ Community Septic   ☐ Alternative Septic for # BR· _____
Hot Water:          ☐ Oil      ☐ Gas        ☐ Elec    ☐ Other _____

DocuSign Envelope ID 49BE6630-50D3-4630-A52D-6651B3A4797E

Air Conditioning: ☐ Oil   ☐ Gas   ☐ Elec.   ☐ Heat Pump   ☐ Other _____ ☐ Zones _____
Heating:           ☐ Oil   ☐ Gas   ☐ Elec.   ☐ Heat Pump   ☐ Other _____ ☐ Zones _____

10. **PERSONAL PROPERTY AND FIXTURES** The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, smoke and heat detectors, TV antennas, exterior trees and shrubs. Unless otherwise agreed to in writing, all surface or wall mounted electronic components/devices DO NOT convey. If more than one of an item convey, the number of items is noted.
The items marked YES below are currently installed or offered.

| Yes | No | # | Items | Yes | No | # | Items | Yes | No | # | Items |
|-----|----|---|-------|-----|----|---|-------|-----|----|---|-------|
| ☐ | ☐ | ___ | Alarm System | ☐ | ☐ | ___ | Freezer | ☐ | ☐ | ___ | Satellite Dish |
| ☐ | ☐ | ___ | Built-in Microwave | ☐ | ☐ | ___ | Furnace Humidifier | ☐ | ☐ | ___ | Storage Shed |
| ☐ | ☐ | ___ | Ceiling Fan | ☐ | ☐ | ___ | Garage Opener | ☐ | ☐ | ___ | Stove or Range |
| ☐ | ☐ | ___ | Central Vacuum | | | | w/ remote | ☐ | ☐ | ___ | Trash Compactor |
| ☐ | ☐ | ___ | Clothes Dryer | ☐ | ☐ | ___ | Gas Log | ☐ | ☐ | ___ | Wall Oven |
| ☐ | ☐ | ___ | Clothes Washer | ☐ | ☐ | ___ | Hot Tub, Equip. & Cover | ☐ | ☐ | ___ | Water Treatment System |
| ☐ | ☐ | ___ | Cooktop | ☐ | ☐ | ___ | Intercom | ☐ | ☐ | ___ | Window A/C Unit |
| ☐ | ☐ | ___ | Dishwasher | ☐ | ☐ | ___ | Playground Equipment | ☐ | ☐ | ___ | Window Fan |
| ☐ | ☐ | ___ | Disposer | ☐ | ☐ | ___ | Pool, Equip. & Cover | ☐ | ☐ | ___ | Window Treatments |
| ☐ | ☐ | ___ | Electronic Air Filter | ☐ | ☐ | ___ | Refrigerator | ☐ | ☐ | ___ | Wood Stove |
| ☐ | ☐ | ___ | Fireplace Screen/Door | ☐ | ☐ | ___ | w/ ice maker | | | | |

OTHER  See Inclusions/Exclusions

LEASED ITEMS  Any leased items, systems or service contracts (including, but not limited to, fuel tanks, water treatment systems, lawn contracts, security system monitoring, and satellite contracts) DO NOT convey absent an express written agreement by Purchaser and Seller. The following is a list of the leased items within the Property:

_____
_____
_____

11. **FINANCING APPLICATION** If this Contract is contingent on financing, Purchaser will make written application for the Specified Financing and any lender required property insurance no later than 7 days after the Date of Ratification. Purchaser grants permission for the Selling Company and the lender to disclose to the Listing Company and the Seller general information available about the progress of the loan application and loan approval process. If Purchaser fails to settle except due to any Default by Seller, then the provisions of the DEFAULT paragraph shall apply. Seller agrees to comply with reasonable lender requirements, except as otherwise provided in the LENDER REQUIRED REPAIRS paragraph of the applicable financing contingency addendum.

12. **ALTERNATE FINANCING** Purchaser may substitute alternative financing and/or an alternative lender for Specified Financing provided: (a) Purchaser is qualified for alternative financing; (b) there is no additional expense to Seller; (c) the Settlement Date is not delayed; and (d) if Purchaser fails to settle except due to any Default by Seller, then the provisions of the DEFAULT paragraph shall apply.

13. **PURCHASER'S REPRESENTATIONS** Purchaser ☒ will, OR ☐ will not occupy the Property as Purchaser's principal residence. Unless specified in a written contingency, neither this Contract nor the financing is dependent or contingent on the sale and settlement or lease of other real property. The Selling Company ☒ is, OR ☐ is not authorized to disclose to the Listing Company, Seller and any lender the appropriate financial or credit information statement provided to the Selling Company by Purchaser. Purchaser acknowledges that Seller is relying upon all of Purchaser's representations, including without limitation, the accuracy of financial or credit information given to Seller, Broker or the lender by Purchaser.

DocuSign Envelope ID  49BE6630-50D3-4630-A52D-6651B3A4797E

14. **TERMITE INSPECTION** The ☐ Purchaser at Purchaser's expense OR ☐ Seller at Seller's expense, will furnish a written report from a pest control firm dated not more than 30 days prior to Settlement showing that all dwelling(s) and/or garage(s) located on the Property (excluding fences or shrubs not abutting garage(s) or dwelling(s)) are free of visible evidence of active termites and other wood-destroying insects, and free from visible insect damage. Any extermination and repairs for damage identified in the inspection report will be made at Seller's expense.

15. **DAMAGE OR LOSS** The risk of damage or loss to the Property by fire, act of God, or other casualty remains with Seller until the execution and delivery of the deed of conveyance to Purchaser at Settlement.

16. **TITLE** The title report and survey, if required, will be ordered promptly and, if not available on the Settlement Date, then Settlement may be delayed for up to 10 business days to obtain the title report and survey after which this Contract, at the option of Seller, may be terminated and the Deposit will be refunded in full to Purchaser according to the terms of the DEPOSIT paragraph. Fee simple title to the Property, and everything that conveys with it, will be sold free of liens except for any loans assumed by Purchaser. Title is to be good and marketable, and insurable by a licensed title insurance company with no additional risk premium. Title may be subject to commonly acceptable easements, covenants, conditions and restrictions of record, if any; otherwise, Purchaser may declare this Contract void, unless the defects are of such character that they may be remedied within 30 Days beyond the Settlement Date. In case action is required to perfect the title, such action must be taken promptly by Seller at Seller's expense. The Broker is hereby expressly released from all liability for damages by reason of any defect in the title. Seller will convey the Property by general warranty deed with English covenants of title (Virginia); general warranty deed (West Virginia); special warranty deed (D.C. and Maryland) ("Deed"). Seller will sign such affidavits, lien waivers, tax certifications, and other documents as may be required by the lender, title insurance company, Settlement Agent, or government authority, and authorizes the Settlement Agent to obtain pay-off or assumption information from any existing lenders. The manner of taking title may have significant legal and tax consequences. Purchaser is advised to seek the appropriate professional advice concerning the manner of taking title. Unless otherwise agreed to in writing, Seller will pay any special assessments and will comply with all orders or notices of violations of any county or local authority, condominium unit owners' association, homeowners' or property owners' association or actions in any court on account thereof, against or affecting the Property on the Settlement Date.

17. **POSSESSION DATE** Unless otherwise agreed to in writing between Seller and Purchaser, Seller will give possession of the Property at Settlement, including delivery of keys, if any. If Seller fails to do so and occupies the Property beyond Settlement, Seller will be a tenant at sufferance of Purchaser and hereby expressly waives all notice to quit as provided by law. Purchaser will have the right to proceed by any legal means available to obtain possession of the Property. Seller will pay any damages and costs incurred by Purchaser including reasonable attorney fees.

18. **FEES** Fees for the preparation of the Deed, that portion of the Settlement Agent's fee billed to Seller, costs of releasing existing encumbrances, Seller's legal fees and any other proper charges assessed to Seller will be paid by Seller. Fees for the title exam (except as otherwise provided), survey, recording (including those for any purchase money trusts) and that portion of the Settlement Agent's fee billed to Purchaser, Purchaser's legal fees and any other proper charges assessed to Purchaser will be paid by Purchaser. Fees to be charged will be reasonable and customary for the jurisdiction in which the Property is located. (Recording, Transfer and Grantor's Taxes are covered in the appropriate jurisdictional addenda).

19. **BROKER'S FEE** Seller irrevocably instructs the Settlement Agent to pay the Broker compensation ("Broker's Fee") at Settlement as set forth in the listing agreement and to disburse the compensation offered by the Listing Company to the Selling Company in writing as of the Contract Date, and the remaining amount of Broker's compensation to the Listing Company.

20. **ADJUSTMENTS** Rents, taxes, water and sewer charges, front foot benefit and house connection charges, condominium unit owners' association, homeowners' and/or property owners' association regular periodic assessments (if any) and any other operating charges, are to be adjusted to the day of Settlement. Any heating or cooking fuels remaining in supply tank(s) at Settlement will become the property of Purchaser, unless leased. Taxes, general and special, are to be adjusted according to the certificate of taxes issued by the collector of taxes, if any, except that

DocuSign Envelope ID 49BE6630-50D3-4630-A52D-6651B3A4797E

recorded assessments for improvements completed prior to Settlement, whether assessments have been levied or not, will be paid by Seller or allowance made at Settlement. If a loan is assumed, interest will be adjusted to the Settlement Date and Purchaser will reimburse Seller for existing escrow accounts, if any.

21. **ATTORNEY'S FEES**

   A. If any Party breaches this Agreement and a non-breaching Party retains legal counsel to enforce its rights hereunder, the non-breaching Party shall be entitled to recover against the breaching Party, in addition to any other damages recoverable against any breaching Party, all of its reasonable Legal Expenses incurred in enforcing its rights under this Agreement, whether or not suit is filed, and in obtaining, enforcing and/or defending any judgment related thereto. Should any tribunal of competent jurisdiction determine that more than one party to the dispute has breached this Agreement, then all such breaching Parties shall bear their own costs, unless the tribunal determines that one or more parties is a "Substantially Prevailing Party", in which case any such Substantially Prevailing Party shall be entitled to recover from any of the breaching parties, in addition to any other damages recoverable against any breaching Party, all of its reasonable Legal Expenses incurred in enforcing its rights under this Agreement, whether or not suit is filed, and in obtaining, enforcing and/or defending any judgment related thereto.

   B. In the event a dispute arises resulting in the Broker (as used in this paragraph to include any agent, licensee, or employee of the Broker) being made a party to any litigation by the Purchaser or by the Seller, the Parties agree that the Party who brought the Broker into litigation shall indemnify the Broker for all of its reasonable Legal Expenses incurred, unless the litigation results in a judgment against the Broker.

22. **PERFORMANCE** Delivery of the required funds and executed documents to the Settlement Agent will constitute sufficient tender of performance. Funds from this transaction at Settlement may be used to pay off any existing liens and encumbrances, including interest, as required by lender(s) or lienholders.

23. **DEFAULT** If Purchaser fails to complete Settlement for any reason other than Default by Seller, at the option of Seller, the Deposit may be forfeited as liquidated damages (not as a penalty) in which event Purchaser will be relieved from further liability to Seller. If Seller does not elect to accept the Deposit as liquidated damages, the Deposit may not be the limit of Purchaser's liability in the event of a Default. If the Deposit is forfeited, or if there is an award of damages by a court or a compromise agreement between Seller and Purchaser, the Broker may accept and Seller agrees to pay the Broker one-half of the Deposit in lieu of the Broker's Fee, (provided Broker's share of any forfeited Deposit will not exceed the amount due under the listing agreement) If Seller fails to perform or comply with any of the terms and conditions of this Contract or fails to complete Settlement for any reason other than Default by Purchaser, Purchaser will have the right to pursue all legal or equitable remedies, including specific performance and/or damages. If either Seller or Purchaser refuses to execute a release of Deposit ("Release") when requested to do so in writing and a court finds that such party should have executed the Release, the party who so refused to execute the Release will pay the expenses, including, without limitation, reasonable attorney's fees, incurred by the other party in the litigation. Seller and Purchaser agree that no Escrow Agent will have any liability to any party on account of disbursement of the Deposit or on account of failure to disburse the Deposit, except only in the event of the Escrow Agent's gross negligence or willful misconduct The parties further agree that the Escrow Agent will not be liable for the failure of any depository in which the Deposit is placed and that Seller and Purchaser each will indemnify, defend and save harmless the Escrow Agent from any loss or expense arising out of the holding, disbursement or failure to disburse the Deposit, except in the case of the Escrow Agent's gross negligence or willful misconduct. If either Purchaser or Seller is in default, then in addition to all other damages, the defaulting party will immediately pay the costs incurred for the title examination, Appraisal, survey and the Broker's Fee in full.

24. **OTHER DISCLOSURES** Purchaser and Seller should carefully read this Contract to be sure that the terms accurately express their respective understanding as to their intentions and agreements. The Broker can counsel on real estate matters, but if legal advice is desired by either party, such party is advised to seek legal counsel. Purchaser and Seller are further advised to seek appropriate professional advice concerning the condition of the Property or tax and insurance matters. The following provisions of this paragraph disclose some

DocuSign Envelope ID 49BE6630-50D3-4630-A52D-6651B3A4797E

matters which the parties may investigate further. These disclosures are not intended to create a contingency. Any contingency must be specified by adding appropriate terms to this Contract. The parties acknowledge the following disclosures:

**A. PROPERTY CONDITION** Various inspection services and home warranty insurance programs are available. The Broker is not advising the parties as to certain other issues, including without limitation: water quality and quantity (including but not limited to, lead and other contaminants;) sewer or septic; soil condition; flood hazard areas; possible restrictions of the use of the Property due to restrictive covenants, zoning, subdivision, or environmental laws, easements or other documents; airport or aircraft noise; planned land use, roads or highways; and construction materials and/or hazardous materials, including but without limitation flame retardant treated plywood (FRT), radon, urea formaldehyde foam insulation (UFFI), mold, polybutylene pipes, synthetic stucco (EIFS), underground storage tanks, Defective Chinese drywall, asbestos and lead-based paint. Information relating to these issues may be available from appropriate government authorities.

**B. LEGAL REQUIREMENTS** All contracts for the sale of real property must be in writing to be enforceable. Upon ratification and Delivery, this Contract becomes a legally binding agreement. Any changes to this Contract must be made in writing for such changes to be enforceable.

**C. FINANCING** Mortgage rates and associated charges vary with financial institutions and the marketplace. Purchaser has the opportunity to select the lender and the right to negotiate terms and conditions of the financing subject to the terms of this Contract. The financing may require substantial lump sum (balloon) payments on the due dates. Purchaser has not relied upon any representations regarding the future availability of mortgage money or interest rates for the refinancing of any such lump sum payments.

**D. BROKER** Purchaser and Seller acknowledge that the Broker is being retained solely as a real estate agent and not as an attorney, tax advisor, lender, appraiser, surveyor, structural engineer, mold or air quality expert, home inspector or other professional service provider. The Broker may from time to time engage in the general insurance, title insurance, mortgage loan, real estate settlement, home warranty and other real estate-related businesses and services. Therefore, in addition to the Broker's Fee specified herein, the Broker may receive compensation related to other services provided in the course of this transaction pursuant to the terms of a separate agreement/disclosure.

**E. PROPERTY TAXES** Your property tax bill could substantially increase following settlement. For more information on property taxes contact the appropriate taxing authority in the jurisdiction where the Property is located.

**F. PROPERTY INSURANCE** Obtaining property insurance is typically a requirement of the lender in order to secure financing. Insurance rates and availability are determined in part by the number and nature of claims and inquiries made on a property's policy as well as the number and nature of claims made by a prospective Purchaser. Property insurance has become difficult to secure in some cases. Seller should consult an insurance professional regarding maintaining and/or terminating insurance coverage.

25. **ASSIGNABILITY** This Contract may not be assigned without the written consent of Purchaser and Seller. If Purchaser and Seller agree in writing to an assignment of this Contract, the original parties to this Contract remain obligated hereunder until Settlement.

26. **DEFINITION**
A. "Appraisal" means a written appraised valuation of the Property.
B. "Day(s)" or "day(s)" means calendar day(s) unless otherwise specified in this Contract.
C. All reference to time of day shall refer to the time of day in the Eastern Time Zone of the United States.
D. For the purpose of computing time periods, the first Day will be the Day following Delivery and the time period will end at 9 p.m. on the Day specified. If the Settlement Date falls on a Saturday, Sunday, or legal holiday, then the Settlement will be on the prior business day.

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser Michigan 48026  www.zipLogix.com

Initials Seller ___ / ___  Purchaser ___ / ___

Pierce School -

DocuSign Envelope ID  49BE6630-50D3-4630-A52D-6651B3A4797E

E. "Date of Ratification" means the date of final acceptance in writing by Purchaser and Seller, of all the terms of this Contract (not the date of expiration or removal of any contingencies).

F. For "Delivery" and "Notices" definitions, see appropriate Jurisdictional Addendum.

G. "Specified Financing" means the loan type(s) and amount(s), if any, specified in the PRICE AND FINANCING paragraph.

H. The masculine includes the feminine and the singular includes the plural.

I. "Possession Date" - See POSSESSION DATE paragraph.

J. "Legal Expenses" means attorney fees, court costs, and litigation expenses, if any, including, but not limited to, expert witness fees and court reporter fees.

27. **MISCELLANEOUS** This Contract may be signed in one or more counterparts, each of which is deemed to be an original, and all of which together constitute one and the same instrument. Documents obtained via facsimile machines will also be considered as originals. Typewritten or handwritten provisions included in this Contract will control all pre-printed provisions that are in conflict.

28. **VOID CONTRACT** If this Contract becomes void and of no further force and effect, without Default by either party, both parties will immediately execute a release directing that the Deposit be refunded in full to Purchaser according to the terms of the DEPOSIT paragraph.

29. **HOME WARRANTY**  ☒ Yes OR ☐ No
Home Warranty Policy paid for and provided at Settlement by: ☐ Purchaser or ☒ Seller.
Cost not to exceed $ 500.00                    . Warranty provider to be                    AHS                    .

30. **TIME IS OF THE ESSENCE AS TO ALL TERMS OF THIS CONTRACT.**

31. **ENTIRE AGREEMENT** This Contract will be binding upon the parties and each of their respective heirs, executors, administrators, successors and permitted assigns. The provisions not satisfied at Settlement will survive the delivery of the deed and will not be merged therein. This Contract, unless amended in writing, contains the final and entire agreement of the parties and the parties will not be bound by any terms, conditions, oral statements, warranties or representations not herein contained. The interpretation of this Contract will be governed by the laws of the jurisdiction where the Property is located.

DocuSign Envelope ID  49BE6630-50D3-4630-A52D-6651B3A4797E

**32.** **ELECTRONIC SIGNATURES** In accordance with the Uniform Electronic Transactions Act (UETA) and the Electronic Signatures in Global and National Commerce Act, or E-Sign (the Act), and other applicable local or state legislation regarding Electronic Signatures and Transactions, the parties do hereby expressly authorize and agree to the use of electronic signatures as an additional method of signing and/or initialing this Contract. The parties hereby agree that either party may sign electronically by utilizing a digital signature service.

Seller: _____   Purchaser: _____

| SELLER: | PURCHASER: |
|---|---|
| 10.30.14  Signature | 10/30/2014  Signature |
| Date  Signature | Date  Signature |
| Christopher Swanson | Marina Martins |
| 10.30.14  Signature | |
| Date  Signature | Date  Signature |
| Jeff Prints | |

Date of Ratification (see **DEFINITIONS**)
10·30·2014

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

For information purposes only:

| Listing Company's Name and Address: | Selling Company's Name and Address: |
|---|---|
| **TTR Sotheby's International Realty** | **TTR Sotheby's International Realty** |
| **1506 14th Street NW** | **1506 14th Street NW** |
| **Washington, DC  20005** | **Washington, DC  20005** |
| Office # **(202)234-3344**   FAX # **(866)336-4948** | Office # **(202)234-3344**   FAX # **(202)667-3386** |
| MRIS Broker Code and Office ID **TTRS5** | MRIS Broker Code and Office ID **TTRS5** |
| Agent Name **Peter T Lane** | Agent Name **Robert Sanders** |
| Real Estate License Number & Jurisdiction | Real Estate License Number & Jurisdiction |
| Agent MRIS ID# **3023219** | Agent MRIS ID# |
| Team Leader/Agent **Sanders/Jackson** | Team Leader/Agent |
| Agent Email Address **plane@ttrsir.com** | Agent Email Address **rsanders@ttrsir.com** |



©2012  This is a suggested form owned by certain REALTOR® Associations ("Associations"). This form has been created and printed exclusively for the use of REALTORS® and members of the Associations, who may copy or otherwise reproduce this form in identical form with the addition of their company logo and with any other changes being set forth in a clearly marked separate addendum. Any other use of this form is prohibited without prior written authorized consent of the Associations.



Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          Pierce School -

DocuSign Envelope ID  49BE5830-50D3-4830-A52D-6651B3A4797E

TTR  Sotheby's





## Addendum of Clauses
### *(For use with MAR and Regional Contract)*

The Contract of Sale dated __October 29, 2014__ , Address __1375 Maryland Ave NE__

City __Washington__ , State __DC__ Zip __20002__ between

Seller __Christopher Swanson, Jeff Printz__ and

Buyer __Marina Martins__

is hereby amended by the incorporation of this Addendum, which shall supersede any provisions to the contrary in the Contract.

It is expressly provided that only the numbered paragraphs which are checked and initialed by all Parties shall be made a part of said contract.

☐ 1. **SELLER'S CREDIT(S) TO BUYER:** In addition to any other amount(s) the Seller has agreed to pay under other provisions of this Contract, the Seller shall credit the Buyer at the time of Settlement with the sum of $ _____ towards Purchaser's settlement costs. It is the Buyer's responsibility to confirm with his Lender, if applicable, that the entire credit provided for herein may be utilized. If Lender prohibits the Seller from payment of any portion of this credit, then said credit shall be reduced to the amount allowed by Lender.

☒ 2. **HOME INSPECTION CONTINGENCY:** This Contract is contingent until 9 p.m. on the __10__ Day after the Date of Ratification ("Deadline") for inspections of the property, not including radon or lead-based paint inspections, which require separate contingencies, by the Buyer, a home inspection firm and/or other representative(s) at the Buyer's discretion and expense. The Seller will have all utilities in service at the time of inspection(s). This contingency will terminate at the Deadline unless by the Deadline the Buyer Delivers to the Seller either A or B:

A. A copy of the report(s) from the inspection(s) of the property together with a Home Inspection Notice (see recommended GCAAR Form #1344) listing home inspection conditions or items that the Buyer requires the Seller to repair, and/or stipulating a dollar credit, as allowed by the lender, to be paid at settlement by the Seller toward the Buyer's charges to buy the property.

If the Seller elects not to perform in accordance with the Home Inspection Notice or makes another offer, the Seller will Deliver Notice to the Buyer of such decision within 3 Days after Delivery of the Home Inspection Notice.

Within 3 Days after Delivery of a Notice from one party, the other party may:

    a) Deliver Notice accepting the terms contained in the other party's Notice; or
    b) Deliver Notice continuing negotiations by making another offer; or
    c) Deliver Notice that this Contract will become void at 9 p.m. on the 3rd Day following Delivery, unless the recipient Delivers to the other party Notice of the acceptance of the last Delivered offer prior to that date and time. In which case this Contract will remain in full force and effect.

Failure of either party to respond within 3 Days after Delivery of Notice from the other party will result in acceptance by both parties of the terms of the most recent Notice.

B. Notice declaring this Contract void.

☐ 3. **GENERAL INSPECTION CONTINGENCY (NO RIGHT TO NEGOTIATE):** This Contract is contingent until 9 p.m. on the _____ Day after the Date of Ratification ("Deadline") for satisfactory inspections of the property by the Buyer, a home inspection firm and/or other representative(s) at the Buyer's discretion and expense. The inspection(s) provided for hereunder are for informational purposes only. Unless otherwise agreed to elsewhere in the Contract, this Contingency does not provide the right to request that the Seller make any repairs and/or provide a dollar credit. The Seller will have all utilities in service at the time of inspection(s). In the event of an unsatisfactory inspection, as determined by Buyer in his sole discretion, Buyer may, by Notice to Seller, declare this contract void. In the event such Notice is not given by the Deadline, this Contingency will terminate, and this contract will remain in full force and effect.

☐ 4. **"AS-IS" PROPERTY CONDITION:** All clauses in this Contract pertaining to termite and wood destroying insects, private well and/or private sewage systems, and compliance with city, state or county regulations are hereby deleted from this Contract. Smoke detectors will be installed as required by the laws or regulations of the appropriate jurisdictions. The provisions of the Property Maintenance and Condition Paragraph will remain in full force and effect.

©2012 The Greater Capital Area Association of REALTORS®, Inc
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc and is for use by members only
Previous editions of this Form should be destroyed

GCAAR Form # 1332 - MC & DC -Addendum of Clauses    1 of 6    03/2012
TTR Sotheby's International Realty - Downtown, 1506 14th St., NW Washington, DC 20005    (edited 5/2012)
Phone: (202) 664-9292    Fax: 202-333-0396    Peter Lane    Pierce School -
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

DocuSign Envelope ID  49BE6630-5003-4630-A52D-6651B3A4797E

**5.  RADON INSPECTION CONTINGENCY:** This Contract is contingent until 9 p.m. on the _____ Day after the Date of Ratification ("Deadline") to allow the Buyer, at the Buyer's discretion and expense, to have the property inspected for the presence of radon by a Testing Firm listed with the National Radon Safety Board ("NRSB") or the National Environmental Health Association ("NEHA") using a U.S Environmental Protection Agency ("EPA") approved testing method  Testing and retesting devices, if applicable, to be placed and retrieved by an NRSB or NEHA listed technician or their authorized subcontractor  This contingency will terminate at the Deadline unless by the Deadline, the Buyer Delivers to the Seller a copy of the radon testing report which confirms the presence of radon that equals or exceeds the action level established by the EPA together with either A or B

A.  **Radon Testing Notice**: (see GCAAR recommended Form #1363) requiring the Seller at Seller's expense prior to settlement to remediate the radon condition, or stipulating a dollar credit, to be allowed by the Lender, to be paid at settlement by the Seller towards the Buyer's charges to buy the Property  In the event that the Seller agrees to remediate the radon condition, such work shall be performed by a NRSB or NEHA listed remediation firm who will provide written verification that the required remediation has been performed, including test results demonstrating that the presence of Radon is below the action level established by EPA.

If the Seller elects not to perform in accordance with the Radon Testing Notice or makes another offer, the Seller will Deliver Notice to the Buyer of such decision within 3 Days after Delivery of the Radon Testing Notice.

Within 3 Days after Delivery of a Notice from one party, the other party may:
a)  Deliver Notice accepting the terms contained in the other party's Notice, or
b)  Deliver Notice continuing negotiations by making another offer; or
c)  Deliver Notice that this Contract will become void at 9 p.m. on the 3rd Day following Delivery, unless the recipient Delivers to the other party Notice of the acceptance of the last Delivered offer prior to that date and time, in which case this Contract will remain in full force and effect

Failure of either party to respond within 3 Days after Delivery of a Notice from the other party will result in acceptance by both parties of the terms of the most recent Notice

B.  Notice declaring this Contract void

**6.  LEAD-BASED PAINT INSPECTION CONTINGENCY:** This Contract is contingent until 9 p.m. on the _____ Day after the Date of Ratification (must be 10 days or such other period as shall be mutually agreeable to the Buyer and Seller] ("Deadline") to allow Buyer, at Buyer's discretion and expense, to have a risk assessment or inspection of the interior and exterior of the subject property for the presence of lead paint and/or lead-based paint hazards ("Inspection"). Such Inspection shall be performed by an individual certified by the Maryland Department of the Environment ("MDE"), for Maryland properties, or the DC Department of Health Lead Based Paint Program, for DC Properties, to conduct such assessment or inspection ("Certified Inspector"). This contingency will terminate at the Deadline unless by the Deadline, Buyer Delivers to Seller a copy of the risk assessment report or inspection report which reveals conditions for which the Certified Inspector recommends corrective action together with either A or B.

A.  **Lead-Based Paint Testing Notice**: (see recommended GCAAR Form #1340) Identifying specific lead based paint hazards and requiring Seller at Seller's expense prior to settlement to perform requisite corrective action to abate such lead based paint hazards, or stipulating a dollar credit, to be allowed by the Lender, to be paid at Settlement by the Seller towards the Buyer's charges to buy the Property.  In the event Seller agrees to have the corrective action performed, Seller shall furnish, not later than the date of settlement  a written certification by a Certified Inspector demonstrating that the specified conditions have been remedied

If Seller elects not to perform in accordance with the Lead Based Paint Notice or makes another offer  Seller will Deliver Notice to Buyer of such decision within 3 Days after Delivery of the Lead Based Paint Notice

Within 3 Days after Delivery of a Notice from the other party, the other party may
a)  Deliver Notice accepting the terms contained in the other party's Notice, or
b)  Deliver Notice continuing negotiations by making another offer, or
c)  Deliver Notice that this Contract will become void at 9 p m on the 3rd Day following Delivery unless the recipient Delivers to the other party Notice of the acceptance of the last Delivered offer prior to that date and time  in which  case this Contract will remain in full force and effect

Failure of either party to respond within 3 Days after Delivery of a Notice from the other party will result in a  ceptance by both parties of the terms of the most recent Notice

B.  Notice declaring this Contract void

**7.  POST SETTLEMENT AIR CONDITIONING AND/OR SWIMMING POOL INSPECTION CONTINGENCY:**
These provisions shall apply to the following system(s) (the "System ') (check appropriate system(s))
☐ the Air Conditioning System, and/or ☐ the Swimming Pool System (defined as the swimming pool and related equipment  including the structural integrity of the swimming pool)

Buyer and Seller agree that the System will convey in normal working order ("Required Condition )  Due to weather conditions the System located at the Property cannot be adequately tested to ensure that it is in the Required Condition  Buyer and Seller agree that Buyer shall, at his expense, make an inspection of the System at the earliest practicable date, consistent with the weather conditions  but in no event later than the May 31 following ratification (the "Final Inspection Date")  Seller's agreement that the System will convey in the Required Condition is hereby extended through the date of the inspection of the System  but in no event later than the Final Inspection Date

2012 The Greater Capital Area Association of REALTORS® Inc.
This Recommended Form is the property  f The Greater Capital Area Association of REALTORS  Inc  and is for use by members only
Previous editions of this Form should be destroyed

Produced with zipForm® by zipLogix  18070 Fifteen M le Road, Fraser, Michigan 48026  www.zipLogix.com                Pierce School -

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

Buyer shall give Notice to Seller of the date and time on which the inspection is to be made, and Seller shall have the option of being present or represented at said inspection. The inspection shall be conducted by a heating and air conditioning technician, or pool service company, as appropriate, licensed in the jurisdiction in which the Property is located. Buyer agrees not to attempt to operate the System prior to the scheduled date for the inspection. In the event Buyer attempts to operate the System prior to said inspection, then any warranty hereunder, express or implied, by Seller, shall be deemed to be null and void.

In the event that aforesaid inspection shows the System to be in the Required Condition, then Seller's obligations hereunder with respect to the System shall be deemed fulfilled. In the event that the aforesaid inspection shows the System not to be in the Required Condition, Buyer shall provide Notice of same to Seller no later than the Final Inspection Date, in which event Seller shall be responsible for the actual cost necessary to place the System in the Required Condition. All remedial action taken hereunder shall be performed in a good and workmanlike manner by a heating and air conditioning contractor or pool service company, as appropriate, selected by Seller who is licensed in the jurisdiction in which the Property is located, and shall be completed within 10 days after Buyer's Notice to Seller ("Seller's Timeframe") Buyer shall make the Property available at reasonable times for the completion of such work. In the event that the System is not in the Required Condition by the expiration of Seller's Timeframe, Buyer shall be irrevocably authorized to have the required remedial action performed by a contractor meeting the aforesaid qualifications. Upon completion of the remedial action, but no later than 10 days following the expiration of Seller's Timeframe ("Buyer's Timeframe"), Buyer shall provide a Notice to Seller including a copy of the contractor's invoice and instructions as to whether the amount shown in said invoice shall be paid directly to said contractor or to Buyer as a reimbursement for covered expenses. Upon receipt of said Notice, Seller shall immediately make payment as instructed in the Notice

In the event that any Notice required to be given in this Addendum is not given within the timeframe specified, then Seller's obligations hereunder with respect to the System shall be deemed fulfilled.

☐ **8. HOLDING DEPOSIT CHECK: WARNING: THIS CLAUSE MAY NOT BE USED FOR A MARYLAND TRANSACTION WHEN A REAL ESTATE BROKER IS THE ESCROW AGENT:** It is understood and agreed by all Parties that the Buyer has instructed the Escrow Agent to hold and not deposit the above described deposit check until _____ Days after Ratification at which time said check shall be deposited

☐ **9. INTEREST-BEARING ACCOUNT DEPOSIT:** The Parties hereto agree and authorize _____.
Escrow Agent. to place the deposit in an interest-bearing escrow account. Interest shall accrue and be payable to the Buyer at time of settlement In order to establish an Interest Bearing Account the Buyer understands that a completed W-9 form and a copy of a government issued photo ID must be given to the Escrow Agent. A Processing fee of $_____ shall be charged to the party receiving the interest by the above Escrow Agent for this service. In the event of a forfeiture of deposit. and interest accrued shall be payable to the Seller.

☒ **10. APPRAISAL CONTINGENCY: IF THIS CONTRACT IS CONTINGENT UPON FINANCING AND SUCH FINANCING IS DECLINED BASED UPON THE APPRAISAL, THE BUYER WILL NOT BE IN DEFAULT, EVEN IF THIS APPRAISAL CONTINGENCY HAS BEEN REMOVED.**

This Contract IS CONTINGENT until 9 00 p m  on the ____10____ day after the Date of Ratification ("Deadline") for Buyer to obtain a written appraised valuation of the property (hereinafter "Appraisal") certifying the value of the property to be no less than the sales price (check with your lender, if applicable, to confirm that the Appraisal will be completed by the Deadline). If Buyer is obtaining financing. the Lender shall select the Appraiser  If this is a cash sale, the Buyer shall select the Appraiser. The Appraiser shall be licensed to perform appraisals in the jurisdiction in which the property is located  Seller shall make the property available for inspection by such Appraiser.

In the event the Appraisal is lower than the Sales Price, Buyer has the option of proceeding with this Contract at the stated Sales Price without regard to the Appraisal However should Buyer decline to proceed with this Contract at the stated Sales Price (due to the Appraisal being lower than the stated Sales Price), Buyer shall Deliver to Seller, by the Deadline, a Notice (See GCAAR Buyer's Appraisal Notice), requesting that the Sales Price be reduced to a specified lower amount of not less than the appraised value, together with a copy of the written Appraisal ("Buyer's Appraisal Notice ) This Contingency will terminate at the Deadline unless by the Deadline Buyer Delivers to Seller Buyer's Appraisal Notice

All Notices Delivered under this Appraisal Contingency shall be treated as follows

WITHIN 3 DAYS AFTER NOTICE DELIVERY FROM ONE PARTY THE OTHER PARTY MAY:

a)  Deliver Notice accepting the terms contained in the other party's Notice  OR
b)  Deliver Notice continuing negotiations by making another offer  OR
c)  Deliver Notice that this Contract will become void at 9 00 p m  on the 3rd Day following Delivery. unless the recipient Delivers to the other party Notice of the acceptance of the last Delivered offer prior to that date and time, in which case, this Contract will remain in full force and effect

**FAILURE OF EITHER PARTY TO RESPOND WITHIN 3 DAYS AFTER NOTICE DELIVERY WILL RESULT IN THE CONTRACT BECOMING VOID.**

2012 The Greater Capital Area Association of REALTORS  Inc
This Recommended Form is the property of The Greater Capital Area Association of REALTORS   Inc  and is for use by members only
Previous editions of this Form should be destroyed
GCAAR Form # 1332  MC & DC  Addendum  f Clauses                3 of 6                                    03/2012
                                                                                                        (related 5/2012)
Produced with zipForm® by zipLogix  18070 Fifteen Mile Road  Fraser, Michigan 48026  www.zipLogix.com        Pierce School -

DocuSign Envelope ID  49BE6630-50D3-4630-A52D-5651B3A4797E

**11. SALE OF THE BUYER'S PROPERTY CONTINGENCY WITH KICK-OUT:** This Contract is contingent until 9 p.m. on the Day after the Date of Ratification ("Deadline") upon the sale of the Buyer's property located at _____

("Buyer's Property"). If the Buyer does not satisfy or remove this contingency by the Deadline pursuant to paragraph 11C below, then at any time after the Deadline, but prior to the Buyer satisfying or removing this contingency, either the Seller or the Buyer may declare this Contract void by providing Notice to the other party

    **A.**  The Seller may continue to offer the Property for sale and accept bona fide back up offers to this Contract. If during the term of this contingency, a back-up offer is accepted, the Seller will Deliver Notice to the Buyer requiring that this contingency be satisfied or removed pursuant to paragraph 11C below not later than 9 p.m. on the _____ Day after Delivery of the Notice or this Contract will become void.

    **B.**  The Buyer's Property will be listed exclusively and actively marketed by a licensed real estate broker and entered into a multiple listing service within 3 Days after the Date of Ratification at a price not to exceed $ _____

    **C.**  The Buyer may:
        a   satisfy this contingency by Delivering to the Seller a copy of the ratified contract for the sale of the Buyer's Property with evidence that all contingencies, other than financing have been removed or waived, together with a letter from an institutional lender stating that the financing described in the Contract for the sale of Buyer's Home is available to the Buyer in that Contract and based upon written loan application a preliminary credit report, and the information provided by that Buyer, the financing should be committed subject to appropriate verification approval and commitment, or

        b)  remove this contingency by Delivering to the Seller (a) the lender's letter stating that the financing is not contingent in any manner upon the sale and settlement of any real estate or obtaining a lease of any real estate and that the Buyer has sufficient funds available for the down payment and closing costs necessary to complete settlement, or (b) evidence of sufficient funds available to complete settlement without obtaining financing

    **D.**  If the Buyer satisfies the requirements of Paragraph 11C (a) above, this Contract will remain contingent upon the settlement of the sale of the Buyer's Property. Settlement under this Contract may not be delayed more than _____ Days after the settlement date (specified in this contract) without the parties' written consent  If a further delay is required to obtain coinciding settlements and the parties do not agree, then this Contract will become void. If at any time after the Date of Ratification the contract for the sale of the Buyer's Property becomes void, the Buyer will immediately Deliver Notice to the Seller together with evidence of such voiding, at which time either the Seller or the Buyer may declare this Contract void by Delivering Notice to the other party  This paragraph will survive the satisfaction of the contingency for the sale of the Buyer's Property

**12. BACK-UP CONTRACT OR OFFER:** This Contract is first back-up to another contract or offer dated _____ between the Seller and _____ as the Buyer. This Contract shall become the primary contract immediately upon Delivery of Notice from the Seller that the other contract or offer is void along with a copy of the fully executed release. The Buyer may void this back-up contract at any time prior to its becoming primary by Delivering Notice to the Seller. If the contract dated _____ settles, this back-up contract will become void. The rights and obligations of the parties under the primary contract are superior to the rights and obligations of the parties to this back-up contract. All timeframes contained in this contract shall not commence until the date this contract becomes primary. Additionally, the date for Settlement will be _____ days after the date this contract becomes primary.

**13. SETTLEMENT OF BUYER'S PROPERTY CONTINGENCY:** Settlement on this Contract is contingent upon the settlement on the contract for the sale of the Buyer's Property located at _____

("Buyer's Property".) A copy of said contract is attached evidencing that all contingencies, other than financing, have been removed or waived together with a letter from an institutional lender stating that the financing described in the Contract for the sale of Buyer's Property is available to the Buyer in that Contract and, based upon a written loan application, a preliminary credit report, and the information provided by that Buyer, the financing should be committed subject to appropriate verification, approval and commitment. Settlement under this Contract may not be delayed more than _____ Days after the settlement date (specified in this Contract) without the parties' written consent. If a further delay is required to obtain coinciding settlements and the parties do not agree, then this Contract will become void  If at any time after the Date of Ratification the contract for the sale of the Buyer's Property becomes void, the Buyer will immediately Deliver Notice to the Seller together with evidence of such voiding, at which time either the Seller or the Buyer may declare this Contract void by Delivering Notice to the other party.

**14. OPTION TO KEEP HOUSE ON MARKET WITH KICK-OUT:** The Seller may continue to offer this property for sale and accept bona fide back-up offers to this Contract. If during the contingency period(s) as set forth in paragraph #'s _____ of this Contract or paragraph #'s _____ of form # _____ , a back up offer is accepted, the Seller will Deliver Notice to the Buyer together with a copy of the back up Contract requiring that said contingency(ies) be satisfied or removed not later than 9 p.m. on the _____ Day after Delivery of the Notice, or this Contract will become void.

©2012 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of The Greater Capital Area Association of REALTORS®, Inc and is for use by members only.
Previous editions of this Form should be destroyed.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com        Pierce School -



DocuSign Envelope ID 49BE6630-50D3-4630-A52D-5651B3A4797E





# Washington, DC Disclosure/Confirmation of
## Dual Representation and/or Designated Representation
(To be attached to the Regional Sales Contract or Lease Agreement whenever
Dual Agency or Designated Representation occurs on a DC transaction.)

With respect to the property located at _____ **1375 Maryland Ave NE**
**Washington, DC 20002**
the undersigned, having previously consented to Dual Agency of the brokerage firm do hereby acknowledge disclosure
that:

_____
(Name of brokerage firm acting as Dual Representative)
represents more than one party to the real estate transaction as indicated below:

☐ Seller(s) and Buyer(s)     or     ☐ Landlord(s) and Tenant(s)

The Seller(s) or Landlord(s) and the Buyer(s) or Tenant(s) are proceeding with the transaction acknowledging:
(choose one below)

☐ Designated Representation:

The brokerage firm has assigned _____ _____
(Name of Licensee & License #)
to act as the Designated Representative of the Seller(s) or Landlord(s) and,

The brokerage firm has assigned _____
(Name of Licensee & License #)
to act as the Designated Representative of the Buyer(s) or Tenant(s)

— OR —

☐ Dual Representation:

The Licensee: _____
(Name of Licensee & License #)
And the Brokerage Firm represents more than one party to the contract as indicated above.

_____  10.30.14     _Marina Martins_  10/30/2014
**Seller or Landlord**          Date     Buyer or Tenant         Date
**Christopher Swanson**                  **Marina Martins**

_____  10.30.14     _____  _____
**Seller or Landlord**          Date     Buyer or Tenant         Date
**Jeff Printz**

Previous editions of this form should be destroyed

GCAAR Form #1000 – DC - Disclosure of Representation          Page 1 of 1          10/2011
(formerly form #130)

TTR Sotheby's International Realty – Downtown, 1506 14th St., NW Washington, DC 20005
Phone:(202) 664-9202     Fax 202-333-9396     Peter Lane          Pierce School –
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

DocuSign Envelope ID 49BE6630-50D3-4630-A52D-6651B3A4797E

**TTR** Sotheby's

 

> **THIS NOTICE IS REQUIRED BY LAW AND IS NOT A CONTRACT.**
>
> **THIS DISCLOSURE DOES NOT CREATE A BROKERAGE RELATIONSHIP.**

## Disclosure of Brokerage Relationship
## District of Columbia

Prior to providing specific real estate assistance, District of Columbia law requires that a licensee disclose to any party who the licensee does **NOT** represent the identity of the party to the proposed transaction which the licensee does represent. Even though a licensee may not represent you, that licensee must still treat you honestly in the transaction.

We, the undersigned ☒ Buyer(s)/Tenant(s) or ☐ Seller(s)/Landlord(s) acknowledge receipt of this Disclosure, and understand we are NOT represented by the licensee identified below.

_____ Peter T Lane _____ and _____ TTR Sotheby's International Realty _____
(Licensee & License #)                              (Brokerage Firm)

The licensee and brokerage firm named above represent the following party in the real estate transaction:

☒ Seller(s)/Landlord(s) (The licensee has entered into a written listing agreement with the seller(s) or landlord(s) or is acting as a sub-agent of the listing broker.)

☐ Buyer(s)/Tenant(s) (The licensee has entered into a written agency agreement with the buyer/tenant.)

☐ Designated Agent of the ☐ Buyer(s)/Tenant(s) or ☐ Seller(s)/Landlord(s)
(Both the buyers and sellers have previously consented to "Designated Agency", and the licensee listed above is indicating the parties represented.)

_Marina Martins_                              10/30/2014
Acknowledged                              Date
Marina Martins

_____                              _____
Acknowledged                              Date

Name of Person(s): _____
I certify on this date that I, the real estate agent, have delivered a copy of this disclosure to the person(s) identified above.

_____                              _____
Signed (Licensee)                              Date

Previous editions of this form should be destroyed.

GCAAR Form #1002- DC - Disclosure of Brokerage Relationship       Page 1 of 1       10/2011
(formerly form #143)
TTR Sothebys International Realty - Downtown, 1506 14th St., NW Washington, DC 20005
Phone: (202) 664-9292       Fax  202-333-9396       Peter Lane
Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com       Pierce School -

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E



## Disclosure Package

Property Address **1375 Maryland Ave. NE**

## Information for your Contract

Seller's Name **Jeff Printz & Chris Swanson**
Tax ID Number **NA**
Parking Storage **None**
Preferred Title Company _____
Preferred Closing Date _____

## Please include the following with all offers:

- Cover Page with a Summary of the Offer
- Lender's Approval Letter with contract information
- Completed Financial Information Sheet
- Copy of Earnest Money Deposit Check
- Proof of Down Payment

## Thank you for your interest!

| Robert Sanders | Brent Jackson | Peter Lane |
|---|---|---|
| 202.744.6463 | 202.263.9200 | 202.664.9202 |
| rsanders@ttrsir.com | bjackson@ttrsir.com | plane@ttrsir.com |
| SP98360789 | AB98368556 | SP98370052 |

## The Rob & Brent Group
## ROBANDBRENT.COM

Broker Code: TTRS5          O 202 234 3344          F 866.316.4948
1506 14th Street NW Washington DC, 20005

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

TTR  Sotheby's

 

## SELLER'S DISCLOSURE STATEMENT
### Instructions to the Seller for Seller's Disclosure Statement

These instructions are to assist the Seller in completing the required Seller's Disclosure Statement in order to comply with the District of Columbia Residential Real Property Seller Disclosure Act.

1. Who must complete the Seller's Disclosure Statement? The Seller, not the broker and not the management company, condominium association, cooperative association or homeowners association.

2. In what types of transactions must the Seller provide the Seller's Disclosure Statement to the Purchaser? The Act applies to the following types of transfers or sales of District of Columbia real estate:
   (a) where the property consists of one to four residential dwelling units, and
   (b) the transaction is a sale, exchange, installment land contract, lease with an option to purchase, or any other option to purchase, and
   (c) the purchaser exercises an option, an interest to reside in the property to be transferred

   However, the Act does not apply to:
   (a) court ordered transfers
   (b) transfers to a mortgagee by a mortgagor in default.
   (c) transfers by sale under a power of sale in a deed of trust or mortgage or any foreclosure sale under a decree of foreclosure or deed in lieu of foreclosures.
   (d) transfers by a non occupant fiduciary administering a decedent estate, guardianship, conservatorship or trust
   (e) transfers between co-tenants.
   (f) transfers made to the transferor's spouse, parent, grandparent, child, grandchild or sibling (or any combinations of the foregoing).
   (g) transfers between spouses under a divorce judgment incidental to such a judgment,
   (h) transfers or exchanges to or from any governmental entity  and
   (i) transfers made by a person of newly constructed residential property that has not been inhabited.

3. When does the Seller's Disclosure Statement have to be provided to the Purchaser? In a sale, before or at the time the prospective transferee executes a purchase agreement with the transferor. In an installment sales contract (where a binding purchase contract has not been executed), or in the case of a lease with an option to purchase, before or at the time the prospective transferee executes the installment sales contract or lease with the transferor.

4. What information must the Seller disclose? Answer ALL questions on the Seller's Disclosure Statement. If some items do not apply to your property, check "N/A" (not applicable). If you do not know the facts, check "UNKNOWN". Report actually what it contains referred to in the questions. Each disclosure must be made in "good faith" (honesty in fact in the making of the disclosure). Attach additional pages with your signature if additional space is required.

   The Seller of a condominium unit, cooperative unit, or a lot in a homeowners association, is to provide information only as to the Seller's unit or lot, and not as to any common elements, common areas or other areas outside of the unit or lot.

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

TTR   Sotheby's

 

## SELLER'S DISCLOSURE STATEMENT
### Instructions to the Seller for Seller's Disclosure Statement

5   What is the remedy if the Seller does not provide the Seller's Disclosure Statement to the Transferee? If the Seller's Disclosure Statement is delivered _after_ the purchaser executes the purchase agreement, installment sales contract or lease with an option to purchase, the purchaser may terminate the transaction by written notice to the seller not more than five (5) calendar days after receipt of the Seller's Disclosure Statement by the purchaser, and the deposit must be returned to the purchaser. The right to terminate is waived if not exercised before the earliest of:

(a) the making of an application for a mortgage loan (if the lender discloses that the right to rescind terminates on submission of the application); or

(b) settlement or date of occupancy in the case of a sale; or

(c) occupancy in the case of a lease with an option to purchase

6   If the Seller finds out different information after providing the Seller's Disclosure Statement to the Purchaser, how does this impact a ratified contract? If information becomes inaccurate after delivery of the disclosure form, the inaccuracy shall not be grounds for terminating the transaction.

7   How must a Seller deliver the Seller's Disclosure Statement to the Transferee? The Seller's Disclosure Statement must be delivered by personal delivery, facsimile delivery, or by registered mail to the transferee. Execution by the transferee of a facsimile is considered execution of the original.

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

### SELLER'S PROPERTY CONDITION STATEMENT
#### For Washington, DC

1375 MARYLAND AVENUE NE

Property Address: WASHINGTON, DC 20002

Is the property included in a

condominium association? ☒ Yes ☐ No

cooperative? ☐ Yes ☒ No

homeowners association with mandatory participation and fee?

☐ Yes ☒ No

If this is a sale of a condominium unit or cooperative unit, or in a homeowners association, this disclosure form provides information only as to the unit (as defined in the governing documents of the association) or lot (as defined in the covenants applicable to the lot) and not as to any common elements, common areas or other areas outside of the unit or lot.

Purpose of Statement. This Statement is a disclosure by the Seller of the defects or information actually known to the Seller concerning the property, in compliance with the District of Columbia Residential Real Property Seller Disclosure Act. Unless otherwise advised, the Seller does not possess any expertise in construction, architecture, engineering or any other specific area related to the construction of the improvements on the property or the land. Also, unless otherwise advised, the Seller has not conducted any inspection of generally inaccessible areas such as the foundation or roof. THIS STATEMENT IS NOT A WARRANTY OF ANY KIND BY THE SELLER OR BY ANY AGENT REPRESENTING THE SELLER IN THIS TRANSACTION, AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN.

Seller Disclosure. The Seller discloses the following information with the knowledge that even though this is not a warranty, the Seller specifically makes the following statements based on the seller's actual knowledge at the signing of this document. Upon receiving this statement from the Seller, the Seller's agent is required to provide a copy to the Buyer or the agent of the Buyer. The Seller authorizes its agent(s) to provide a copy of this statement to any prospective buyer or agent of such prospective buyer in connection with any actual or anticipated sale of property. The following are statements made solely by the Seller and are not the statements of the Seller's agent(s), if any. This information is a disclosure only and is not intended to be a part of any contract between Buyer and Seller.

The seller(s) completing this disclosure statement have owned the property from _2000 - Present_
to _PRESENT_.

The seller(s) completing this disclosure have occupied the residence from _2004 -_
to _PRESENT_.

## A. Structural Conditions

1. Roof ☒ roof is a common element maintained by condominium or cooperative (no further roof disclosure required)
   - Age of Roof ☐ 0-5 years ☐ 5-10 years ☐ 10-15 years ☐ 15+ years ☐ Unknown
   Does the seller have actual knowledge of any current leaks or evidence of moisture from roof?
   ☐ Yes ☐ No If yes, comments _____

   Does the seller have actual knowledge of any existing fire retardant treated plywood?
   ☐ Yes ☐ No If yes comments _____

2. Fireplace/Chimney(s)
   Does the seller have actual knowledge of any defects in the working order of the fireplaces?
   ☐ Yes ☒ No ☐ No Fireplace(s)
   If yes, comments _____

   Does the seller know when the chimney(s) and/or flue were last inspected and/or serviced?
   ☒ Yes ☐ No ☐ No chimneys or flues
   If yes when were they last serviced or inspected? _Fall 2012_

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

3.  Basement
    Does the seller have actual knowledge of any current leaks or evidence of moisture in the basement?
    ☐ Yes    ☒ No    ☐ Not Applicable
    If yes, comments: _____
    Does the seller have actual knowledge of any structural defects in the foundation?
    ☐ Yes    ☐ No
    If yes, comments: _____
4.  Walls and floors
    Does the seller have actual knowledge of any structural defects in walls or floors?
    ☐ Yes    ☒ No
    If yes, comments: _____
5.  Insulation
    Does the seller have actual knowledge of presence of urea formaldehyde foam insulation?
    ☐ Yes    ☒ No
    If yes, comments: _____
6.  Windows
    Does the seller have actual knowledge of any windows not in normal working order?
    ☐ Yes    ☒ No
    If yes, comments _____

B.  Operating Condition of Property Systems
    1.  Heating System    ☐ heating system is a common element maintained by condominium or cooperative (no further disclosure on heating system required)
        Type of system:    ☒ Forced Air    ☒ Radiator    ☒ Heat Pump
                           ☐ Electric baseboard    ☐ Other
        Heating Fuel    ☒ Natural Gas    ☒ Electric    ☐ Oil    ☐ Other
        Age of system    ☐ 0-5 years    ☒ 5-10 years    ☐ 10-15 years    ☐ Unknown
        Does the seller have actual knowledge that heat is not supplied to any finished rooms?
        ☐ Yes    ☒ No
        If yes, comments _____
        Does the seller have actual knowledge of any defects in the heating system?
        ☐ Yes    ☒ No
        If yes, comments _____
        Does the heating system include
        Humidifier    ☐ Yes    ☒ No    ☐ Unknown
        Electronic air filter ☐ Yes    ☒ No    ☐ Unknown
        If installed, does the seller have actual knowledge of any defects with the humidifier and electronic filter?
        ☐ Yes    ☐ No    ☒ Not Applicable
        If yes comments _____

    2.  Air Conditioning System ☐ air conditioning is a common element maintained by condominium or cooperative (no further disclosure on air conditioning system required)
        Type of system    ☒ Central AC    ☐ Heat Pump    ☐ Window/wall units
                          ☐ Other    ☐ Not Applicable
        Air Conditioning Fuel ☐ Natural Gas    ☒ Electric    ☐ Oil    ☐ Other
        Age of system    ☐ 0-5 years    ☒ 5-10 years    ☐ 10-15 years    ☐ Unknown

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

If central AC does the seller have actual knowledge that cooling is not supplied to any finished rooms? ☐ Yes ☒ No ☐ Not Applicable

If yes, comments

Does the seller have actual knowledge of any problems or defects in the cooling system? ☐ Yes ☒ No ☐ Not Applicable

If yes, comments

3. Plumbing System

Type of system ☒ Copper ☐ Galvanized ☐ Plastic Polybutelene ☐ Unknown

Water Supply ☒ Public ☐ Well

Sewage Disposal ☒ Public ☐ Well

Water Heater Fuel ☒ Natural Gas ☒ Electric ☐ Oil ☐ Other

Does the seller have actual knowledge of any defects with the plumbing system?

☒ Yes ☐ No

If yes, comments

4. Electrical System

Does the seller have actual knowledge of any defects in the electrical system, including the electrical fuses, circuit breakers, outlets, or wiring?

☐ Yes ☒ No

If yes, comments

C. Appliances

Does the seller have actual knowledge of any defects with the following appliances?

| Appliance | Yes | No | Not Applicable |
|---|---|---|---|
| Range/Oven | ☐ Yes | ☒ No | ☐ Not Applicable |
| Dishwasher | ☐ Yes | ☒ No | ☐ Not Applicable |
| Refrigerator | ☐ Yes | ☒ No | ☐ Not Applicable |
| Range hood/fan | ☐ Yes | ☒ No | ☐ Not Applicable |
| Microwave oven | ☐ Yes | ☒ No | ☐ Not Applicable |
| Garbage Disposal | ☐ Yes | ☒ No | ☐ Not Applicable |
| Sump Pump | ☐ Yes | ☐ No | ☒ Not Applicable |
| Trash compactor | ☐ Yes | ☐ No | ☒ Not Applicable |
| TV antenna/controls | ☐ Yes | ☒ No | ☐ Not Applicable |
| Central vacuum | ☐ Yes | ☐ No | ☒ Not Applicable |
| Ceiling fan | ☐ Yes | ☒ No | ☐ Not Applicable |
| Attic fan | ☐ Yes | ☐ No | ☒ Not Applicable |
| Sauna/Hot tub | ☐ Yes | ☒ No | ☐ Not Applicable |
| Pool heater & equip | ☐ Yes | ☒ No | ☐ Not Applicable |
| Security System | ☐ Yes | ☐ No | ☒ Not Applicable |
| Intercom System | ☐ Yes | ☐ No | ☒ Not Applicable |
| Garage door opener | ☐ Yes | ☒ No | ☐ Not Applicable |
| & remote controls | ☐ Yes | ☒ No | ☐ Not Applicable |
| Lawn sprinkler system | ☐ Yes | ☐ No | ☒ Not Applicable |
| Water treatment system | ☐ Yes | ☐ No | ☒ Not Applicable |
| Smoke Detectors | ☐ Yes | ☒ No | ☐ Not Applicable |
| Carbon Monoxide Detectors | ☐ Yes | ☒ No | ☐ Not Applicable |
| Other Fixtures | ☐ Yes | ☒ No | ☐ Not Applicable |
| Or Appliances | ☐ Yes | ☒ No | ☐ Not Applicable |

If yes to any of the above, describe defects

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

D. Exterior/Environmental Issues

1. Exterior Drainage
   Does the seller have actual knowledge of any problem with drainage on the property?
   ☐ Yes    ☒ No
   If yes, comments: _____

2. Damage to property
   Does the seller have actual knowledge whether the property has previously been damaged by
   Fire        ☐ Yes    ☒ No
   Wind        ☐ Yes    ☒ No
   Flooding    ☐ Yes    ☒ No
   If yes, comments: _____
   _____
   _____

3. Wood destroying insects or rodents?
   Does the seller have actual knowledge of any infestation or treatment for infestations?
   ☐ Yes    ☒ No
   If yes, comments: _____

   Does the seller have actual knowledge of any prior damage or repairs due to a previous
   infestation?
   ☐ Yes    ☒ No
   If yes, comments: _____

4. Does the seller have actual knowledge of any substances, materials or environmental
   hazards (including but not limited to asbestos, radon gas, lead based paint,
   underground storage tanks, formaldehyde, contaminated soil, or other contamination)
   on or affecting the property?
   ☐ Yes    ☒ No
   If yes, comments _____

5. Does the seller have actual knowledge of any zoning violations, nonconforming uses,
   violation of building restrictions or setback requirements, or any recorded or
   unrecorded easement, except for utilities, on or affecting the property?
   ☐ Yes    ☒ No
   If yes, comments: _____

6. Does the seller have actual knowledge that this property is a D.C. Landmark included in
   a designated historic district or is designated a historic property?
   ☐ Yes    ☒ No
   If yes, comments: _____

7. Has the property been cited for a violation of any historic preservation law or
   regulation during your ownership?
   ☐ Yes    ☒ No
   If yes, comments _____

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

8.  Does the seller have actual knowledge if a façade easement or a conservation easement
has been placed on the property?
☐ Yes      ☒ No
If yes, comments: _____

The seller(s) certifies that the information in this statement is true and correct to the best of their
knowledge as known on the date of signature.

_____     8 · 12 · 13
Seller                                                    Date
JEFF PRINTZ

_____     8/12/13
Seller                                                    Date
CHRIS SWANSON

Buyer(s) have read and acknowledge receipt of this statement and acknowledge that this statement is
made based upon the seller's actual knowledge as of the above date. This disclosure is not a substitute
for any inspections or warranties which the buyer(s) may wish to obtain. This disclosure is NOT a
statement, representation, or warranty by any of the seller's agents or any sub agents as to the presence
or absence of any condition, defect or malfunction or as to the nature of any condition, defect or
malfunction.

┌─ DocuSigned by:
│ Marina Martins                          10/30/2014
Buyer                                                     Date
└─ 9817AA7EA7B1441

_____     _____
Buyer                                                     Date

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

TTR | Sotheby's 

 

Inclusions/Exclusions Attachment to Listing Agreement Disclosure and/or Addendum

Property Address 3375 MARYLAND AVENUE NE, WASHINGTON DC 20002    LEFT H/S

PART I. INCLUSIONS/EXCLUSIONS DISCLOSURE:

Personal Property and Fixtures: The Property includes the following personal property and fixtures, if existing: built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, smoke and heat detectors, TV antennas, exterior trees and shrubs. Unless otherwise agreed to in writing, all surface or wall mounted electronic components/devices DO NOT convey. If more than one of an item conveys, the number of items is noted. The items marked YES below are currently installed or offered.

| Yes | No | # | Items | Yes | No | # | Items | Yes | No | # | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | | Alarm System | ☒ | ☐ | | Freezer | ☒ | ☐ | | Satellite Dish |
| ☒ | ☐ | | Built-in Microwave | ☐ | ☒ | | Furnace Humidifier | ☐ | ☒ | | Storage Shed |
| ☒ | ☐ | 12 | Ceiling Fan | ☐ | ☒ | 2 | Garage Opener | ☐ | ☒ | | Stove or Range |
| ☒ | ☐ | | Central Vacuum | ☒ | ☐ | 2 | w/remote | ☐ | ☒ | | Trash Compactor |
| ☒ | ☐ | 2 | Clothes Dryer | ☒ | ☐ | | Gas Log | ☐ | ☒ | | Wall Oven |
| ☒ | ☐ | 2 | Clothes Washer | ☒ | ☐ | | Hot Tub, Equip. & Cover | ☐ | ☒ | | Water Treatment System |
| ☒ | ☐ | | Cooktop | ☒ | ☐ | | Intercom | ☐ | ☒ | | Window A/C Unit |
| ☒ | ☐ | 4 | Dishwasher | ☐ | ☒ | | Playground Equipment | ☐ | ☒ | | Window Fan |
| ☒ | ☐ | | Disposer | ☐ | ☒ | | Pool, Equip. & Cover | ☒ | ☐ | | Window Treatment |
| ☐ | ☒ | | Electronic Air Filter | ☒ | ☐ | 3 | Refrigerator | ☐ | ☒ | | Wood Stove |
| ☒ | ☐ | | Fireplace Screen/Door | ☐ | ☒ | 2 | w/ice maker | | | | |

OTHER _____

LEASED ITEMS
Any leased items, systems or service contracts (including, but not limited to: fuel tanks, water treatment systems, lawn contracts, security system monitoring, and satellite contracts) DO NOT CONVEY absent an express written agreement by Purchaser and Seller. The following is a list of the leased items within the Property:  __NONE__

Seller certifies that Seller has completed this checklist disclosing what conveys with the property and gives permission to make this information available to prospective buyers.

_[signature]_    8-12-13
Seller JEFF PRINTS    Date

_[signature]_    8/12/13
Seller CHRIS SWANSON    Date

PART II. INCLUSIONS/EXCLUSIONS ADDENDUM

The Contract of Sale dated __10.29.14__ between Seller JEFF PRINTS , CHRIS SWANSON
and Buyer __MARINA MARTINS__
is hereby amended by the incorporation of Part I and II herein, which shall supersede any provisions to the contrary in the Contract.

The parties agree that Part I herein shall replace and supersede the provisions of the Inclusions/Exclusions paragraph of the MAR Residential Contract of Sale or the Personal Property and Fixtures paragraph of the Regional Sales Contract as applicable.

_[signature]_    8-12-13
Seller JEFF PRINTS    Date

_[signature]_    8/12/13
Seller CHRIS SWANSON    Date

DocuSigned by:
_Marina Martins_    10/30/2014
9817AA7EA7B1441...
Buyer    Date

Buyer    Date

©2013 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by REALTOR® members only.
Previous editions of this form should be destroyed.

GCAAR # 911 – Inclusions/Exclusions – VA & DC    Page 1 of 1    7/2013

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

TTR   Sotheby's                                     

Jurisdictional Disclosure and Addendum to the Sales Contract for Washington, DC
*(Recommended for the Listing Agreement and required for the Regional Contract)*

Address _____ 1375 MARYLAND AVENUE, NE _____
City ____ WASHINGTON ____ : State ___ DC ___ Zip ___ 20002 ___ Lot _____
Block/Square _____ Unit _____ Section _____ Tax ID # _____
Parking Space(s) # _____ Storage Unit(s) # _____ Subdivision/Project: _____

PART 1. SELLER DISCLOSURE is at time of listing. The information contained in this Disclosure is based on the Seller's actual knowledge and belief and is current as of the date hereof.

1.  SELLER DISCLOSURE. Pursuant to D.C. Code §42-1331, the Seller is exempt from property condition disclosure.
    ☐ Yes   ☒ No

2.  D.C. SOIL DISCLOSURE REQUIREMENTS. The characteristics of the soil on the subject Property as described by the Soil Conservation Service of the United States Department of Agriculture in the Soil Survey of the District of Columbia published in 1976 and as shown on the Soil Maps of the District of Columbia at the back of that publication is
    _____
    For further information, the Buyer can contact a soil testing laboratory, the District of Columbia Department of Environmental Services, or the Soil Conservation Service of the Department of Agriculture.

3.  TENANCY. Seller represents that property ☐ is OR ☐ is not subject to an existing residential lease or tenancy. If present, is tenant occupied, form #314 is hereby provided.

4.  CONDOMINIUM/CO-OPERATIVE/HOMEOWNERS ASSOCIATION. Seller represents that the property
    ☒ is OR ☐ is not subject to a condominium, co-operative or homeowners association. If applicable, the following required addendum is attached:

    ☒  Condominium Disclosure/Addendum (GCAAR form #921)

    ☐  Co-operative Disclosure/Addendum (GCAAR form #924) or

    ☐  Homeowners Association Disclosure/Addendum (GCAAR form #923)

5.  UNDERGROUND STORAGE TANK DISCLOSURE. (Applicable to single family home sales only.)
    In accordance with the requirements of the District of Columbia Underground Storage Tank Management Act of 1990 (D.C. Code Section 8-113.02(g)), as amended by the District of Columbia Underground Storage Tank Management Act of 1990 Amendment Act of 1992 (the "Act") and the regulations adopted thereunder by the District of Columbia (the "Regulations"), Seller hereby informs Buyer that Seller has no knowledge of the existence or removal during Seller's ownership of the Property of any underground storage tanks as that term is defined in the Act and the Regulations, except as follows:
    _____

6.  PROPERTY TAXES. Future property taxes may change. See
    http://www.taxpayerservicecenter.com/RP_Search.jsp?search_type=assessment  to determine the applicable rate.
    Additional information regarding property tax relief and tax credit information (tax reductions for seniors, homestead exemptions, property tax abatements and others) can be found at  http://www.cfo.dc.gov/cfo/cwp/real-property-tax-credits/frequently-asked-questions.html

ALL INFORMATION IN 1-5 HEREIN WAS COMPLETED BY THE SELLER.

_____   8-12-13
Seller   JEFF PRINTZ                          Date       Seller   CHRIS SWANSON                          Date

© 2013 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
Previous editions of this Form should be destroyed.
GCAAR Form # 1315 Washington DC Jurisdictional Addendum            Page 1 of 2            1/2013, v.2.2013 Pg
Previously Form # 1314

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

**PART II. RESALE ADDENDUM**

The Contract of _____ 10.29 _____ **TTL PRINTS  CHRIS SCHNECH**

and buyer __MARINA MARTINS__

Part II and the provisions printed below are a part of the Contract.

1.  **LEAD-BASED PAINT PROVISIONS**

A.  **Lead-Based Paint Hazard** ...

MM (initialed, highlighted)

B.  **Renovation, Repair and Painting (RRP) Process** ...

MM (initialed, highlighted)

2.  **SELLER DISCLOSURE** ...
    ☐ Yes  ☐ No  ☐ Not applicable

3.  **RECORDATION AND TRANSFER TAXES** ...

4.  **Tax Prorate** ...

5.  **Conveyance** ...

6.  **FOREIGN INVESTMENT TAXES / FIRPTA** ...

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

Marina Martins   10/30/2014

9817AA7EA7B1441

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

GOVERNMENT OF THE
DISTRICT OF COLUMBIA



DDO
DISTRICT DEPARTMENT
OF THE

### INSTRUCTIONS FOR LEAD DISCLOSURE IN THE DISTRICT OF COLUMBIA

This disclosure form is intended to satisfy Federal disclosure requirements under 42 U.S.C. 1852d as well as the District of Columbia's locally required disclosure requirements under D.C. Official Code § 8-231.01 and § 8-231.04. Under both Federal and District law, lead disclosure must occur before a tenant or purchaser of a pre-1978 residential property is obligated to lease or buy the property.

NOTE: There are some important differences between the Federal disclosure requirements and the District's disclosure requirements. Not all of these differences can be reconciled in the District's Lead Disclosure Form. Accordingly, it is vitally important that you read these instructions carefully so that you remain in compliance with both Federal and District law pertaining to lead disclosure.

I.    WHAT THE DISTRICT'S LEAD DISCLOSURE FORM PROVIDES

The District's Lead Disclosure Form provides:

*   The Lead Warning Statement that Federal law requires;

*   Notice that any lead-related records or reports must be made available to the prospective tenant or purchaser, as required by both Federal and District law;

*   Room for the owner to list relevant details about the location of any known lead-based paint

*   Room for the owner to list relevant details about the location of lead-based paint hazards that the owner reasonably should know about; and

*   Room for the owner to list any pending actions related to the property that have been ordered by a District agency;

II.    KEY DIFFERENCES BETWEEN THE DISTRICT LAW AND FEDERAL LAW

*   The District's lead law's definition of a "lead-based paint hazard" is different than the Federal definition of the same term. The District's definition of the term includes additional conditions that constitute a lead-based paint hazard, meaning it is broader than the Federal definition. Owners who use the District's Lead Disclosure Form to meet the District's requirement for disclosure must use the District law's definition of "lead-based paint hazard" when completing the form. To help owners complete the form correctly, that definition is included on the form itself, as is the District's definition of the term "presumed lead-based paint," another key term to understand when completing the form. *Remember: If an owner knows that there is peeling paint on the owner's pre-1978 residential property that paint is presumed by District law to be*

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

*lead-based paint, and because the paint is in deteriorated condition, it is a lead-based paint hazard under District law and must be listed as such on the District's Lead Disclosure Form.*

* District law requires the owner to disclose information related to the property about the presence of lead-based paint, lead-based paint hazards, and any pending actions ordered by a District agency whenever such information is reasonably known to the owner. In contrast, Federal law only requires information about the presence of "known" lead-based paint and/or lead-based paint hazards to be disclosed. In other words, the District's requirements are stricter than the Federal requirements regarding what the owner must disclose. To satisfy District law, an owner must not only disclose what they actually know about the presence of lead-based paint and/or lead-based paint hazards on their property, but they must also disclose what it is reasonable for them to know about such presence. *Illustration: If an owner has not given his or her pre-1978 property a new coat of paint in the past many years, it is reasonable for the owner to know that the paint is no longer in intact condition. Therefore, the owner must disclose that lead-based paint hazards are present on the interior and/or the exterior of the property, in the form of a reasonable presumed lead-based paint.*

* The Federal disclosure requirements apply to "target housing," a smaller category of housing than District law applies to. "Target housing" is a term that means pre-1978 residential properties but that excludes "housing for the elderly or persons with disabilities (unless any child who is less than 6 years of age resides or is expected to reside in such housing) or any 0-bedroom dwelling [which are dwellings in which the living area is not separated from the sleeping area, such as efficiencies, studio apartments, dormitories, military barracks, and rentals of individual rooms in residential dwellings]." In contrast, the District's disclosure requirements apply to pre-1978 "dwelling units," which is a term that means "a room or a group of rooms that form a single independent habitable unit for permanent occupancy by one or more individuals, that has living facilities with permanent provisions for living, sleeping, eating, and sanitation."

The District has the same exception as the Federal exception, with respect to housing for the elderly or designated exclusively for persons with disabilities that does not contain a child under 6 years of age, and the following additional 3 exceptions: "[1] A unit within a hotel, motel, or seasonal or transient facility, unless such unit is or will be occupied by a person at risk for a period exceeding 30 days; [2] an area within the dwelling unit that is secured and accessible only to authorized personnel; [and 3] an unoccupied dwelling unit that is to be demolished, provided that the dwelling unit will remain unoccupied until demolition." Note that the Federal exception for "0-bedroom dwelling" is not an exception under District law. Key point: If you are submitting the District's Lead Disclosure Form with the intent to satisfy both Federal and District disclosure requirements, an initial exemption from the requirement of submitting the form in cases involving pre-1978 residential housing is the one having to do with housing designated for the elderly or for the disabled.

* Both Federal and District law require the owner to submit a completed Lead Disclosure Form prior to the purchaser or tenant being obligated under a contract to purchase or lease the dwelling unit. However, Federal law and District law have different exceptions that apply, in addition

GOVDOC # 012 v. 012

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

in the above-mentioned initial exemption, and they can also exempt the owner from having to obtain a completed disclosure form:

#### Exemptions under Federal law

- ✓ Sales of pre-1978 residential housing in foreclosure
- ✓ Leases of pre-1978 residential housing that have been found to be lead-exempt by a certified lead inspector
- ✓ Short-term leases of 100 days or less when no lease renewal or extension can occur, and
- ✓ Renovation of existing units in pre-1978 residential housing that is subject to the federal disclosure requirements, provided that the landlord does not obtain the Federal disclosure requirements related to the presence of any lead-based paint or lead-based paint hazards

#### Exemptions under District law

- ✓ When the owner has acquired the unit under a tax or mortgage certifying that the unit is good in a lead-free status, the owner was provided with a signed and completed disclosure form, and
- ✓ When the unit has had a lead clearance report issued at least in the months past and within the previous seven years, and the property was occupied and is not subject to any work by the landlord that occurred during the past five years or any intervening outstanding, the owner may provide the lead clearance report instead of a sample, or disclosure form

If one of the above exemptions are met, the owner must make sure the exemption is met the duties are met clear. For example, if the unit is in foreclosure, the Lead Disclosure Form can be completed and signed under a process suggesting the unit of the exemptions provided by Federal law to avoid satisfying the completed federal Disclosure... requirements met by owners that is 2 sections the second provision of lead-based paint which lead-based paint hazards can not use an otherwise used of the District law to avoid submitting the federally required information

- **At the conclusion of the process of sending paint for a dwelling unit District law requires the owner to:**

  - ✓ Verify the transfer of the presence of lead-based paint or lead-based paint, lead-based housing or personal, and
  - ✓ Provide a similar notice (1) the Federal Lead Warning Statement on a sample published at the end of this District's Lead Disclosure Form, and (2) the lead hazard and information pamphlet entitled Protect your Family from Lead in your Home (PDF); published by the District. If the transaction already received the Warning Statement on the pamphlet notices no prior 12 months the owner does not have to provide the same again during this same rental period.

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

III    ADDITIONAL DISCLOSURE REQUIREMENTS UNDER FEDERAL LAW

Providing the Lead Disclosure Form does not conclude an owner's obligations under related Federal law. Federal law requires that the following additional disclosure-related requirements also be met:

- The seller or lessor must provide the purchaser or lessee with an EPA-approved lead hazard information pamphlet, such as the EPA pamphlet entitled *Protect Your Family From Lead in Your Home* (EPA-747-K-94-001).

- The seller or lessor must disclose information about the presence of any known lead-based paint and/or lead-based paint hazards, as well as the existence of any available records or reports pertaining to such presence, not just to the purchaser or lessee, but also to each agent involved in the process. The term "agent" is defined as "any party who enters into a contract with a seller or lessor, including any party who enters into a contract with a representative of the seller or lessor, for the purpose of selling or leasing target housing [except for] purchasers or any purchaser's representatives who receives all compensation from the purchaser."

- The Federal disclosure law requires owners to give prospective purchasers and tenants a 10-day opportunity to conduct a risk assessment or inspection to determine whether lead-based paint and/or lead-based paint hazards are present, prior to a purchase and sale agreement or a lease being executed. Owners of residential property in the District of Columbia must also follow this additional requirement imposed by Federal law.

- The Federal disclosure law requires lessors to provide lessees with available records or reports pertaining to lead-based paint and/or lead-based paint hazards, but permits owners to submit report summaries under certain circumstances. Lengthy court documents and construction documents may be excerpted, provided that all information regarding lead-based paint and lead-based paint hazards is included along with sufficient background information, so that the context of the excerpts is clear. For paint inspection and risk assessment reports, EPA and HUD have determined that lessors may provide lessees with a summary of all paint inspection and risk assessment reports, provided that the summary is prepared by a certified paint inspector or risk assessor. Where information about specific units is inconsistent with the conclusions as a whole, this information must be included along with the summary of general conclusions. In situations where documents are excerpted or summarized, they must be accompanied by a list of all complete records and reports available to the lessee. If the lessor chooses to provide excerpts or summaries and document lists in lieu of complete copies, the lessor must provide the lessee with the opportunity to review the complete documents in a central location on the premises, if feasible, and the opportunity to receive copies of any documents not provided, upon request, and at no cost to the lessee.

- The Federal disclosure law requires owners to attach its required disclosure materials, including the Federal Lead Warning Statement, to the sales or leasing contract before a purchaser or lessee is obligated under a contract to purchase or lease pre-1978 residential housing. District law does not require that this information be attached to sales or leasing contracts, only that it be provided before the buyer or renter is obligated. But whenever Federal law is more stringent than local

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

law, Federal law applies, and therefore owners of residential property in the District of Columbia who want to submit only one disclosure form to satisfy both Federal and District requirements must follow the additional requirement imposed by Federal law, of attaching the Lead Disclosure Form to the sales or leasing contract.

---

Interpretive Guidance for the Real Estate Community on the Requirements for Disclosure of Information Concerning Lead-based Paint in Housing, August 20, 1996, page 8, answer to question 13.

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

# LEAD DISCLOSURE FORM

Federal Lead Warning Statement: Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

ADDRESS OF PROPERTY, INCLUDING UNIT NUMBER IF ANY.
1375 MARYLAND AVENUE NE
WASHINGTON, DC 20002

The District of Columbia "Lead-Hazard Prevention and Elimination Act of 2008," as amended (the "Act"), DC Official Code § 8-231.01 et seq., requires an owner of a residential property constructed before 1978 to disclose the information contained in this Lead Disclosure Form to prospective tenants or prospective property purchasers, before any change in occupancy or contract for possession is executed. Owners are required to disclose any the information which they know or reasonably should know about the property related to the presence of lead-based paint and/or lead-based paint hazards, and any pending actions ordered under the Act. To meet the requirements of this law, you must complete this Lead Disclosure Form.

I am the owner or authorized owner's agent of (Insert Full Address of Property)
1375 MARYLAND AVENUE NE WASHINGTON, DC 20002
and affirm that the following answers state what I reasonably know about my property.

CHECK ONE BOX UNDER A, B, AND C, BELOW.

A.  Check one of the following 3 statements that accurately describes what you know about the presence of lead-based paint on your property:

☐  Lead-based paint is known or reasonably known to be present on the interior or on the exterior of the property (including common areas if applicable), at the following locations (specify components, rooms, and any other relevant details, and provide access to any available record or report about the presence of lead-based paint at this property):

_____

_____

_____

☐  To my knowledge, lead-based paint is not known or reasonably known to be present on the interior or on the exterior of the property, including common areas. I will provide access to any record or report I have about the absence of lead-based paint at this property.

☒  While lead-based paint is not known by me to be present in the dwelling unit, it is presumed to be there, because the dwelling unit was constructed prior to 1978.

B.  Check one of the following 3 statements that accurately describes what you know or reasonably should know about the condition of your property:

NOTE: The following definitions must be followed to comply with District law.

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

DISTRICT OF COLUMBIA DEFINITION OF LEAD-BASED PAINT HAZARD: "Lead-based paint hazard" means any condition that causes exposure to lead from lead- contaminated dust, lead-contaminated soil, deteriorated lead-based paint or presumed lead-based paint, or lead-based paint or presumed lead-based paint that is disturbed without containment. See D.C. Official Code § 8-231.01(22).

DEFINITION OF PRESUMED LEAD-BASED PAINT: "Presumed lead-based paint" means paint or other surface coating affixed to a component in or on a dwelling unit or child-occupied facility, constructed prior to 1978. See D.C. Official Code § 8-231.01(32).

☐   I have reason to believe a lead-based paint hazard is present on the interior or on the exterior of the property (including common areas, if applicable), at the following locations (specify components, rooms, and any other relevant details, and provide access to any available record or report about the presence of lead-based paint hazards at this property):

_____

_____

_____

☒   To my knowledge, lead-based paint hazards are not present nor likely to be present on the interior or on the exterior of the property, including common areas, if applicable. I will provide access to any record or report I have about the absence of lead-based paint hazards at this property.

C.   Check one of the following 2 statements that accurately describes whether any government action is currently pending, with respect to your property or unit:

☒   There are currently no pending actions ordered by a District Government agency with respect to the property listed above.

☐   There are currently pending actions that have been ordered by a District Government agency with respect to this property, as follows:

_____

_____

By my signature below, I agree that this Lead Disclosure Form states information about my property or unit listed above, which is reasonably known to me, and that I have answered the questions in this form truthfully. I also agree to comply with the Act's requirement that I provide this information to my prospective tenants, as well as to any prospective purchasers, before they are under any contract to purchase or lease a dwelling unit. I understand that falsification of any information provided or required in this document may subject me to civil or criminal penalties. D.C. Official Code § 8-231.15(b) and § 8-231.16(b).

_____          8·12·13
NAME OF OWNER/OWNER'S AUTHORIZED AGENT          DATE

GOVERNMENT OF THE
DISTRICT OF COLUMBIA



DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

TTR Sotheby's



 

**Lead Paint - Federal Disclosure**
Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards

RE: 1375 MARYLAND AVENUE NE, WASHINGTON, DC 20002
Property Address

LEAD WARNING STATEMENT

Every purchaser/tenant of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller/landlord of any interest in residential real property is required to provide the buyer/tenant with any information on lead-based paint hazards from risk assessments or inspections in the seller's/landlord's possession and notify the buyer/tenant of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase/lease.

SELLER'S/LANDLORD'S DISCLOSURE (initial)
☒ (a) Presence of lead-based paint and/or lead-based paint hazards (check one below):
☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

☒ (b) Records and reports available to the seller/landlord (check one below):
☐ Seller/landlord has provided the purchaser/tenant with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

☐ Seller/landlord has no reports or records pertaining to lead based paint and/or lead-based paint hazards in the housing.

PURCHASER'S/TENANT'S ACKNOWLEDGMENT (initial)
(c) Purchaser/Tenant has read the Lead Warning Statement above.
(d) Purchaser/Tenant has received copies of all information listed above. ☐ Yes ☐ No ☐ None listed
(e) Purchaser/Tenant has received the pamphlet Protect Your Family from Lead in Your Home. ☐ Yes ☐ No
(f) Purchaser has (check one below)
☐ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards, or
☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

AGENT'S ACKNOWLEDGMENT (initial)
(g) Agent has informed the seller/landlord of the seller's/landlord's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

CERTIFICATION OF ACCURACY
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

DocuSigned by:
Marina Martins    10/30/2014
9817AA7EA7B1441

Seller/Landlord    Date    ___
JEFF FREEHOF

Seller/Landlord    Date    Buyer/Tenant    Date
PETER T. SWANSON

8/14/2013
Agent    Puran Lane    Date    Agent    Date

© 2007 The Greater Capital Area Association of REALTORS®, Inc.
This Recommended Form is the property of the Greater Capital Area Association of REALTORS®, Inc. and is for use by members only.
REALTOR® membership.
Previous editions of this Form should be destroyed.
GCAAR FORM #901 Federal Lead Disclosure – MC & DC    Page 1 of 1    3/11

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

  

**Inclusions/Exclusions Attachment to Listing Agreement Disclosure and/or Addendum**

Property Address: _1375 MARYLAND AVE NE WASH DC 20002_

## PART I. INCLUSIONS/EXCLUSIONS DISCLOSURE:

**Personal Property and Fixtures:** The Property includes the following personal property and fixtures if existing built-in heating and central air conditioning equipment, plumbing and lighting fixtures, sump pump, attic and exhaust fans, storm windows, storm doors, screens, installed wall-to-wall carpeting, window shades, blinds, window treatment hardware, smoke and heat detectors, TV antennas, exterior trees and shrubs.   Unless otherwise agreed to in writing, all surface or wall mounted electronic components devices DO NOT convey. If more than one of an item convey, the number of items is noted.  The items marked YES below are currently installed or offered.

| Yes | No | # | Items | Yes | No | # | Items | Yes | No | # | Items |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | | Alarm System | ☐ | ☒ | | Freezer | ☐ | ☒ | | Satellite Dish |
| ☒ | ☐ | | Built-in Microwave | ☐ | ☒ | | Furnace Humidifier | ☐ | ☒ | | Storage Shed |
| ☒ | ☐ | | Ceiling Fan | ☐ | ☒ | | Garage Opener | ☒ | ☐ | | Stove or Range |
| ☐ | ☒ | | Central Vacuum | ☐ | ☒ | | w remote | ☐ | ☒ | | Trash Compactor |
| ☒ | ☐ | | Clothes Dryer | ☐ | ☒ | | Gas Log | ☒ | ☐ | | Wall Oven |
| ☒ | ☐ | | Clothes Washer | ☐ | ☒ | | Hot Tub, Equip. & Cover | ☐ | ☒ | | Water Treatment System |
| ☐ | ☒ | | Cooktop | ☐ | ☒ | | Intercom | ☐ | ☒ | | Window A/C Unit |
| ☒ | ☐ | | Dishwasher | ☐ | ☒ | | Playground Equipment | ☐ | ☒ | | Window Fan |
| ☐ | ☒ | | Disposer | ☐ | ☒ | | Pool Equip. & Cover | ☒ | ☐ | | Window Treatments |
| ☐ | ☒ | | Electronic Air Filter | ☒ | ☐ | | Refrigerator | ☐ | ☒ | | Wood Stove |
| ☐ | ☒ | | Fireplace Screen/Door | ☒ | ☐ | | w ice maker | | | | |

**OTHER**

**LEASED ITEMS**

Any leased items, systems or service contracts (including, but not limited to, fuel tanks, water treatment systems, lawn contracts, security system monitoring and satellite contracts) DO NOT CONVEY absent an express written agreement by Purchaser and Seller. The following is a list of the leased items within the Property

Seller certifies that Seller has completed this checklist disclosing what conveys with the property and gives permission to make this information available to prospective buyers.

Seller _____ Date _7·12·13_   Seller _(signature)_  Date _9/12/13_

## PART II. INCLUSIONS/EXCLUSIONS ADDENDUM:

The Contract of Sale dated _10·29·14_ between Seller _CHRIS SWANSON & JEFF PRINTZ_ and
Buyer _MARINA MARTINS_ which shall supersede any provisions to the contrary in the Contract. is hereby amended by the incorporation of Part I and II herein,

The parties agree that Part I herein shall replace and supersede the provisions of the Inclusions/Exclusions paragraph of the MAR Residential Contract of Sale or the Personal Property and Fixtures paragraph of the Regional Sales Contract as applicable

| Seller | Date |
|---|---|
| | |
| Seller | Date |

DocuSigned by:
**Buyer** _Marina Martins_  **Date** 10/30/2014
Buyer 17AA7EA7B1441... Date

2013, The Greater Capital Area Association of REALTORS, Inc.
This recommended Form is the property of the Greater Capital Area Association of REALTORS, Inc. and is for use by REALTOR members only
Previous editions of this form should be destroyed
GCAAR # 911  Inclusions Exclusions  MC & DC    Page 1 of 1    2 2013

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

## SELLER'S PROPERTY CONDITION STATEMENT
### For Washington, DC

Property Address:    1375 MARYLAND NE   6FT UNITS .

Is the property included in a:

    condominium association?    ☐ Yes    ☒No

    cooperative?    ☐ Yes    ☒No

    homeowners association with mandatory participation and fee?

        ☐Yes    ☒No

If this is a sale of a condominium unit or cooperative unit, or in a homeowners association, this disclosure form provides information only as to the unit (as defined in the governing documents of the association) or lot (as defined in the covenants applicable to the lot), and not as to any common elements, common areas or other areas outside of the unit or lot.

**Purpose of Statement:** This Statement is a disclosure by the Seller of the defects or information actually known by the Seller concerning the property, in compliance with the District of Columbia Residential Real Property Seller Disclosure Act. Unless otherwise advised, the Seller does not possess an expertise in construction, architecture, engineering, or any other specific area related to the construction of the improvements on the property or the land. Also, unless otherwise advised, the Seller has not conducted any inspection of generally inaccessible areas such as the foundation or roof. THIS STATEMENT IS NOT A WARRANTY OF ANY KIND BY THE SELLER OR BY ANY AGENT REPRESENTING THE SELLER IN THIS TRANSACTION, AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN

**Seller Disclosure:** The Seller discloses the following information with the knowledge that, even though this is not a warranty, the Seller specifically makes the following statements based on the seller's actual knowledge at the signing of this document. Upon receiving this statement from the Seller, the Seller's agent is required to provide a copy to the Buyer or the agent of the Buyer. The Seller authorizes its agent (s) to provide a copy of this statement to any prospective buyer or agent of such prospective buyer in connection with any actual or anticipated sale of property. The following are statements made solely by the Seller and are not the statements of the Seller's agent (s), if any. This information is a disclosure only and is not intended to be a part of any contract between Buyer and Seller.

The seller(s) completing this disclosure statement have owned the property from _____ to _____.

The seller(s) completing this disclosure have occupied the residence from _____ to _____.

## A. Structural Conditions

    1.   Roof ☐ roof is a common element maintained by condominium or cooperative (no further roof disclosure required).

         Age of Roof    ☐0-5 years ☒5-10 years ☐10-15 years ☐15+ years   ☐Unknown

         Does the seller have actual knowledge of any current leaks or evidence of moisture from roof?

         ☐Yes    ☒No   If yes, comments:_____

         _____

         Does the seller have actual knowledge of any existing fire retardant treated plywood?

         ☐Yes    ☒No   If yes, comments:_____

         _____

    2.   Fireplace/Chimney(s)

         Does the seller have actual knowledge of any defects in the working order of the fireplaces?

         ☐Yes    ☒No   ☐No fireplace(s)

         If yes, comments: _____

         Does the seller know when the chimney(s) and/or flue were last inspected and/or serviced?

         ☒Yes   ☐No   ☒No chimneys or flues

         If yes, when were they last serviced or inspected? _____ 6FT UNITS Do

                                    NOT HAVE Chimney/Flues.

This is the required Seller's Disclosure Statement approved by the Washington, DC Board of Real Estate.

GCAAR Form #919   DC Seller's Disclosure    Page 3 of 7          Revised October 2011

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

3. **Basement**
Does the seller have actual knowledge of any current leaks or evidence of moisture in the basement?
   ☐Yes   ☒No      ☐Not Applicable
If yes, comments:_____
Does the seller have actual knowledge of any structural defects in the foundation?
   ☐Yes   ☒No
If yes, comments:_____

4. **Walls and floors**
Does the seller have actual knowledge of any structural defects in walls or floors?
   ☐Yes   ☒No
If yes, comments:_____

5. **Insulation**
Does the seller have actual knowledge of presence of urea formaldehyde foam insulation?
   ☐Yes   ☒No
If yes, comments:_____

6. **Windows**
Does the seller have actual knowledge of any windows not in normal working order?
   ☐Yes   ☒No
If yes, comments:_____

## B. Operating Condition of Property Systems

1. **Heating System**   ☐ heating system is a common element maintained by condominium or cooperative (no further disclosure on heating system required).
   Type of system     ☒Forced Air      ☐Radiator      ☐Heat Pump
                      ☐Electric baseboard ☐Other
   Heating Fuel     ☐Natural Gas     ☒Electric     ☐Oil          ☐Other
   Age of system    ☐0-5 years       ☐5-10 years  ☐10-15 years ☐Unknown
   Does the seller have actual knowledge that heat is not supplied to any finished rooms?
                      ☐Yes            ☒No
   If yes, comments:_____
   Does the seller have actual knowledge of any defects in the heating system?
                      ☐Yes            ☒No
   If yes, comments:_____
   Does the heating system include:
   Humidifier         ☐Yes           ☒No           ☐Unknown
   Electronic air filter ☐Yes         ☒No           ☐Unknown
   If installed, does the seller have actual knowledge of any defects with the humidifier and electronic filter?
                      ☐Yes           ☐No           ☒Not Applicable
   If yes, comments:_____

2. **Air Conditioning System** ☐ air conditioning is a common element maintained by condominium or cooperative (no further disclosure on air conditioning system required).
   Type of system:    ☒Central AC     ☐Heat Pump      ☐Window/wall units
                      ☐Other          ☐Not Applicable
   Air Conditioning Fuel ☐Natural Gas  ☒Electric   ☐Oil      ☐Other
   Age of system      ☐0-5 years      ☒5-10 years    ☐10-15 years ☐Unknown

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

If central AC, does the seller have actual knowledge that cooling is not supplied to any finished rooms?   ☐Yes   ☒No   ☐Not Applicable
If yes, comments:_____

Does the seller have actual knowledge of any problems or defects in the cooling system?
☐Yes   ☒No   ☐Not Applicable
If yes, comments:_____

3.  **Plumbing System**
Type of system:   ☒Copper ☐Galvanized ☐Plastic Polybutelene   ☐Unknown
Water Supply:   ☒Public ☐Well
Sewage Disposal   ☒Public ☐Well
Water Heater Fuel   ☐Natural Gas   ☒Electric   ☐Oil   ☐Other
Does the seller have actual knowledge of any defects with the plumbing system?
☐Yes   ☒No
If yes, comments:_____

4.  **Electrical System**
Does the seller have actual knowledge of any defects in the electrical system, including the electrical fuses, circuit breakers, outlets, or wiring?
☐Yes   ☒No
If yes, comments:_____

C.  **Appliances**
Does the seller have actual knowledge of any defects with the following appliances?

| Appliance | Yes | No | Not Applicable |
|---|---|---|---|
| Range/Oven | ☐Yes | ☒No | ☐Not Applicable |
| Dishwasher | ☐Yes | ☒No | ☐Not Applicable |
| Refrigerator | ☐Yes | ☒No | ☐Not Applicable |
| Range hood/fan | ☐Yes | ☒No | ☐Not Applicable |
| Microwave oven | ☐Yes | ☒No | ☐Not Applicable |
| Garbage Disposal | ☐Yes | ☒No | ☐Not Applicable |
| Sump Pump | ☐Yes | ☐No | ☒Not Applicable |
| Trash compactor | ☐Yes | ☐No | ☒Not Applicable |
| TV antenna/controls | ☐Yes | ☐No | ☒Not Applicable |
| Central vacuum | ☐Yes | ☐No | ☒Not Applicable |
| Ceiling fan | ☐Yes | ☒No | ☐Not Applicable |
| Attic fan | ☐Yes | ☐No | ☒Not Applicable |
| Sauna/Hot tub | ☐Yes | ☐No | ☒Not Applicable |
| Pool heater & equip. | ☐Yes | ☐No | ☒Not Applicable |
| Security System | ☐Yes | ☐No | ☒Not Applicable |
| Intercom System | ☐Yes | ☒No | ☐Not Applicable |
| Garage door opener & remote controls | ☐Yes | ☐No | ☒Not Applicable |
| Lawn sprinkler system | ☐Yes | ☐No | ☒Not Applicable |
| Water treatment system | ☐Yes | ☐No | ☒Not Applicable |
| Smoke Detectors | ☐Yes | ☒No | ☐Not Applicable |
| Carbon Monoxide Detectors | ☐Yes | ☐No | ☒Not Applicable |
| Other Fixtures Or Appliances | ☐Yes | ☒No | ☐Not Applicable |

If yes to any of the above, describe defects:_____

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

**D. Exterior/Environmental Issues**

**1. Exterior Drainage**
Does the seller have actual knowledge of any problem with drainage on the property?
☐ Yes  ☒ No
If yes, comments: _____

**2. Damage to property**
Does the seller have actual knowledge whether the property has previously been damaged by:
Fire  ☐ Yes  ☒ No
Wind  ☐ Yes  ☒ No
Flooding  ☐ Yes  ☒ No
If yes, comments: _____
_____
_____

**3. Wood destroying insects or rodents:**
Does the seller have actual knowledge of any infestation or treatment for infestations?
☐ Yes  ☒ No
If yes, comments: _____
Does the seller have actual knowledge of any prior damage or repairs due to a previous infestation?
☐ Yes  ☒ No
If yes, comments: _____

**4.** Does the seller have actual knowledge of any substances, materials or environmental hazards (including but not limited to asbestos, radon gas, lead based paint, underground storage tanks, formaldehyde, contaminated soil, or other contamination) on or affecting the property?
☐ Yes  ☒ No
If yes, comments: _____

**5.** Does the seller have actual knowledge of any zoning violations, nonconforming uses, violation of building restrictions or setback requirements, or any recorded or unrecorded easement, except for utilities, on or affecting the property?
☐ Yes  ☒ No
If yes, comments: _____

**6.** Does the seller have actual knowledge that this property is a DC Landmark, included in a designated historic district or is designated a historic property?
☐ Yes  ☒ No
If yes, comments: _____

**7.** Has the property been cited for a violation of any historic preservation law or regulation during your ownership?  ☐ Yes  ☒ No

If yes, comments: _____

DocuSign Envelope ID: 49BE6630-50D3-4630-A52D-6651B3A4797E

8. Does the seller have actual knowledge if an façade easement or a conservation easement has been placed on the property?
        ☐ Yes  ☒ No

If yes, comments: _____

The seller(s) certifies that the information in this statement is true and correct to the best of their knowledge as known on the date of signature.

Seller _____          9.12.13
                                         Date
Seller _____          9/12/13
                                         Date

Buyer(s) have read and acknowledge receipt of this statement and acknowledge that this statement is made based upon the seller's actual knowledge as of the above date. This disclosure is not a substitute for any inspections or warranties which the buyer(s) may wish to obtain. This disclosure is NOT a statement, representation, or warranty by any of the seller's agents or any sub-agents as to the presence or absence of any condition, defect or malfunction or as to the nature of any condition, defect or malfunction.

Buyer  DocuSigned by:
      Marina Martins        Date  10/30/2014
Buyer  9817AA7EA7B1441               Date