# YOUNG & VALKENET
ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX: 410-323-0977

September 25, 2015

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

FOR PROFESSIONAL SERVICES RENDERED:

Re:  Claim against Marina Martins
     Property: 1375 Maryland Avenue NW
       Washington DC 20002

Invoice # 13912

|  |  |  | Hrs/Rate |  |
|---|---|---|---|---|
| 7/17/2015 - | TCV | E-mails with Topher re: ▬▬▬ | 0.10<br>400.00/hr |  |
| 7/23/2015 - | TCV | Request from Topher ▬▬ | 0.10<br>400.00/hr | NO CHARGE |
| 7/25/2015 - | TCV | Receive and review transactions documents from Topher and draft ▬▬▬▬ ▬ | 2.10<br>400.00/hr |  |
| 7/31/2015 - | TCV | E-mail to Topher re: ▬▬▬▬. | 0.10<br>400.00/hr |  |
| 8/3/2015 - | TCV | Receive and review additional transactional documents from clients. | 0.20<br>400.00/hr |  |
| - | TCV | Draft and share ▬▬▬▬. | 0.60<br>400.00/hr | NO CHARGE |
| 8/5/2015 - | TCV | E-mail from Topher ▬▬▬▬. | 0.40<br>400.00/hr |  |
| 8/12/2015 - | TCV | E-mails with Topher re: ▬▬▬ | 0.20<br>400.00/hr |  |
| 8/21/2015 - | TCV | E-mails to client re: ▬ | 0.20<br>400.00/hr | NO CHARGE |

_____

Christopher P. Swanson
Jeffrey Printz
RE:     Claim against Marina Martins
        Property: 1375 Maryland Avenue NW
        Washington DC 20002

Invoice #   13912
9/25/2015                                              Page    2

| Date | | Description | Hrs/Rate | |
|---|---|---|---|---|
| 8/22/2015 | TCV | Draft demand letter; Search for Martins mailing address or corporate office of Pigmental Studios; E-mail ▮▮▮▮s. | 1.20 400.00/hr | |
| 8/25/2015 | TCV | Revise letter with ▮▮▮▮ | 0.40 400.00/hr | |
| 8/26/2015 | TCV | E-mails with Topher. | 0.10 400.00/hr | |
| | | | | Amount |
| | | Total time expense | 5.70 | $776.25 |
| 8/21/2015 | | Payment - thank you | | ($776.25) |
| | | Total payments and adjustments | | ($776.25) |
| | | Balance due | | $0.00 |
| | | Previous balance of Client Escrow | | $0.00 |
| 9/22/2015 | | Payment to escrow account. Check No. ▮▮▮▮ | | ▮▮▮▮ |
| | | New balance of Client Escrow | | ▮▮▮▮ |

# YOUNG & VALKENET
ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX: 410-323-0977

October 02, 2015

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

---

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

Invoice # 13949

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/23/2015 | - | ITV | At TCV's request, review client documents. | 1.50<br>250.00/hr | 375.00 |
| 9/24/2015 | - | ITV | Draft complaint; Discuss ▮▮▮▮ with TCV. | 3.00<br>250.00/hr | 750.00 |
| 9/29/2015 | - | TCV | Revise draft complaint for filing in D. C. federal court; E-mail to Topher re: ▮▮▮▮ | 0.20<br>400.00/hr | 80.00 |
| | - | TCV | E-mail from Topher re: ▮▮▮▮. | 0.10<br>400.00/hr | 40.00 |
| 9/30/2015 | - | TCV | Continue revision of draft federal court complaint; E-mails with Topher re: ▮▮▮▮. | 0.80<br>400.00/hr | 320.00 |
| | - | AMP | Research local Federal District Court for DC rules re: ▮▮▮▮. | 0.30<br>150.00/hr | 45.00 |

| | | |
|---|---|---|
| Total time expense | 5.90 | $1,610.00 |
| 10/1/2015  Payment from escrow account to pay INV# 13949 | | ($1,610.00) |
| Total payments and adjustments | | ($1,610.00) |
| Balance due | | ▮▮▮▮ |

600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

Christopher P. Swanson
Jeffrey Printz
RE:   Claim against Marina Martins
       Property: 1375 Maryland Avenue NW
       Washington DC 20002

| Invoice # | 13949 | | |
|---|---|---|---|
| 10/2/2015 | | Page | 2 |

|  | Amount |
|---|---|
| Previous balance of Client Escrow | ■ |
| 10/1/2015  Payment from escrow account to pay INV# 13949 | ($1,610.00) |
| New balance of Client Escrow | ■ |

# YOUNG & VALKENET
### ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX: 410-323-0977

November 03, 2015

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

---

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

Invoice # 13979

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/5/2015 | - | TCV | Revise draft complaint. | 0.90<br>400.00/hr | 360.00 |
| | - | TCV | E-mail with Topher re: ███████ | 0.20<br>400.00/hr | 80.00 |
| 10/6/2015 | - | TCV | Final proof and file complaint with US District Court for D.C., with civil cover sheet and summons; Convert and upload exhibits; E-mail clients. | 1.30<br>400.00/hr | 520.00 |
| | - | AMP | Complete civil cover sheet using information from complaint. | 0.20<br>150.00/hr | 30.00 |
| | - | AMP | Complete summons using information from complaint. | 0.10<br>150.00/hr | 15.00 |
| | - | AMP | Per TCV instructions, revise cover sheet. | 0.10<br>150.00/hr | 15.00 |
| 10/7/2015 | - | AMP | Per TCV instructions, conduct biographical research on ███████ Compile results and e-mail to TCV. | 0.20<br>150.00/hr | 30.00 |
| | - | TCV | Receive and review court notices assigning case, and electronic summons for service on Defendant. | 0.40<br>400.00/hr | 160.00 |
| 10/9/2015 | - | TCV | Prepare Rule 4 request for waiver of service packet for defendant. | 0.40<br>400.00/hr | 160.00 |

---

600 WYNDHURST AVENUE, SUITE 230 BALTIMORE, MD 21210-2449

Christopher P. Swanson
Jeffrey Printz
RE:   Claim against Marina Martins
      Property: 1375 Maryland Avenue NW
      Washington DC 20002

Invoice #   13979
11/3/2015                                                                           Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/9/2015 - CRV | Prepare service packets to Marina Martins and Pigmental Studio. | 1.00<br>75.00/hr | 75.00 |
| 10/12/2015 - TCV | E-mail to Ms. Martins with request to waive service, and waiver forms. | 0.30<br>400.00/hr | 120.00 |
| 10/27/2015 - TCV | Receive and review returned service packet. | 0.10<br>400.00/hr | 40.00 |

       Total time expense                                                    5.20      $1,605.00

           Additional Charges :

10/6/2015      Filing fee on October 8, 2015                                             400.00
               (Case FileXpress - CHKCRD)
               To file complaint

       Total costs                                                                      $400.00

       Total amount of this bill                                                      $2,005.00

10/6/2015   Payment from escrow account to reimburse for filing fee                    ($400.00)
10/6/2015   Payment from escrow account to pay attorneys fees                          ($960.00)
10/12/2015  Payment from escrow account to pay attorneys fees earned                   ($545.00)
11/3/2015   Payment from escrow account to pay INV# 13979                              ($100.00)

       Total payments and adjustments                                                ($2,005.00)

       Balance due                                                                        $0.00

           Previous balance of Client Escrow                                           ███████
10/6/2015   Payment from escrow account to reimburse for filing fee                    ($400.00)
10/6/2015   Payment from escrow account to pay attorneys fees                          ($960.00)
10/12/2015  Payment from escrow account to pay attorneys fees earned                   ($545.00)

**YOUNG & VALKENET**
ATTORNEYS AT LAW
600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

Christopher P. Swanson
Jeffrey Printz
RE: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

| Invoice # | 13979 | | |
|---|---|---|---|
| 11/3/2015 | | Page | 3 |

| | Amount |
|---|---|
| 11/3/2015 Payment from escrow account to pay INV# 13979 | ($100.00) |
| New balance of Client Escrow | ■ |

# YOUNG & VALKENET
ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX: 410-323-0977

December 04, 2015

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

Invoice # 14012

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2015 - | CRV | Prepare mailing packets to Marina Martins and Pigmental Studio. | 0.60 75.00/hr | 45.00 |
| 10/27/2015 - | CRV | With ENF's help, confirm service location for Pigmental Studios and Maria Martin for re-service. | 0.50 75.00/hr | 37.50 |
| 11/4/2015 - | TCV | Respond to Topher about ▮▮▮▮▮ | 0.10 400.00/hr | 40.00 |
| 11/24/2015 - | TCV | E-mail from Mr. Swanson re: ▮▮▮▮▮ | 0.10 400.00/hr | 40.00 |
| - | TCV | Letter from attorney Hedley; Share with clients. | 0.20 400.00/hr | 80.00 |
| 11/25/2015 - | CRV | At TCV request, arrange service on Marina Martins at Pigmental Studios via Capital Process. | 0.50 75.00/hr | 37.50 |
| - | TCV | Draft e-mail response to Mr. Hedley re: old business first, with copy of complaint. | 0.30 400.00/hr | 120.00 |

Total time expense  2.30  $400.00

11/24/2015  Payment from escrow account to pay attorneys fees earned  ($265.00)
12/4/2015  Payment from escrow account to pay INV# 14012  ($135.00)

Total payments and adjustments  ($400.00)

_____

600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

Christopher P. Swanson
Jeffrey Printz
RE: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

Invoice #   14012
12/4/2015                                                                                      Page    2

|  | Amount |
|---|---|
| Balance due | $0.00 |

|  |  | Amount |
|---|---|---|
|  | Previous balance of Client Escrow | ■ |
| 11/24/2015 | Payment from escrow account to pay attorneys fees earned | ($265.00) |
| 12/4/2015 | Payment from escrow account to pay INV# 14012 | ($135.00) |
|  | New balance of Client Escrow | $■ |

# YOUNG & VALKENET
### ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX:  410-323-0977

January 05, 2016

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

---

FOR PROFESSIONAL SERVICES RENDERED:

Re:  Claim against Marina Martins
     Property: 1375 Maryland Avenue NW
     Washington DC 20002

Invoice # 14036

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2015 | - | TCV | Receive and review Solicitor Hedley settlement offer and forward to clients with advice on settlement approach. | 0.30<br>400.00/hr | 120.00 |
| 12/8/2015 | - | TCV | E-mail from Topher and draft response to Mr. Hedley re: pay first and negotiate new deal later. | 0.50<br>400.00/hr | 200.00 |
| 12/16/2015 | - | TCV | Review details of service attempts in D.C. on Ms. Martins. | 0.20<br>400.00/hr | 80.00 |
| | - | ITV | Receive and review affidavit of due diligence of process server. | 0.20<br>250.00/hr | 50.00 |
| 12/17/2015 | - | AMP | Conduct legal research re [redacted] | 1.20<br>150.00/hr | 180.00 |
| | - | AMP | Draft legal memo to TCV re [redacted] | 0.80<br>150.00/hr | 120.00 |
| 12/30/2015 | - | TCV | Review alternate service and communicate with investigators re: [redacted] | 0.30<br>400.00/hr | 120.00 |
| | - | TCV | Telephone conference with Aaron Lukkens, foreign service expert re: [redacted] | 0.20<br>400.00/hr | 80.00 |
| 12/31/2015 | - | TCV | Telephone with Agent Hodgson re: [redacted] | 0.20<br>400.00/hr | 80.00 |

Christopher P. Swanson
Jeffrey Printz
RE: Claim against Marina Martins
    Property: 1375 Maryland Avenue NW
    Washington DC 20002

Invoice #   14036
1/5/2016                                                 Page   2

|  | Hours | Amount |
|---|---|---|
| Total time expense | 3.90 | $1,030.00 |
| 12/22/2015 Payment from escrow account |  | ($725.00) |
| 12/31/2015 Payment from escrow account to pay attorneys fees earned |  | ($305.00) |
| Total payments and adjustments |  | ($1,030.00) |
| Balance due |  | $0.00 |
| Previous balance of Client Escrow |  | $■■■ |
| 12/22/2015 Payment from escrow account |  | ($725.00) |
| 12/31/2015 Payment from escrow account to pay attorneys fees earned |  | ($305.00) |
| New balance of Client Escrow |  | ■■■ |

# YOUNG & VALKENET
### ATTORNEYS AT LAW
www.youngandvalkenet.com

**FEDERAL TAX ID# 52-1858981**
PHONE: 410-323-0900
FAX: 410-323-0977

February 08, 2016

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
    Property: 1375 Maryland Avenue NW
      Washington DC 20002

Invoice # 14071

| | Hrs/Rate | Amount |
|---|---|---|
| 1/14/2016 - TCV  Letter to Ms. Martins at London address with service packet. | 0.30<br>400.00/hr | 120.00 |
| Total time expense | 0.30 | $120.00 |
| 1/30/2016  Payment from escrow account to pay attorneys fees earned | | ($120.00) |
| Total payments and adjustments | | ($120.00) |
| Balance due | | $0.00 |
| Previous balance of Client Escrow | | ▇▇▇ |
| 1/30/2016  Payment from escrow account to pay attorneys fees earned | | ($120.00) |
| New balance of Client Escrow | | ▇▇▇ |

---

## YOUNG & VALKENET
### ATTORNEYS AT LAW
600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

# YOUNG & VALKENET
## ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX:   410-323-0977

March 01, 2016

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

FOR PROFESSIONAL SERVICES RENDERED:

Re:   Claim against Marina Martins
      Property: 1375 Maryland Avenue NW
      Washington DC 20002

Invoice # 14098

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/5/2016 | - | TCV | Prepare chronology of service efforts for court affidavit. | 0.50<br>400.00/hr | 200.00 |
| | - | AMP | Per TCV instructions, conduct research re: ▮▮▮ | 0.30<br>150.00/hr | 45.00 |
| 2/8/2016 | - | AMP | Review draft of show cause affidavit and response. | 0.10<br>150.00/hr | 15.00 |
| | - | AMP | Conduct research into ▮▮▮ | 0.40<br>150.00/hr | 60.00 |
| | - | AMP | Update TCV re: ▮▮▮ | 0.10<br>150.00/hr | 15.00 |
| | - | AMP | Revise response to show cause order. | 0.10<br>150.00/hr | 15.00 |
| | - | TCV | Review form for response to court order to show cause on service. | 0.50<br>400.00/hr | 200.00 |
| 2/10/2016 | - | AMP | Per TCV instructions, conduct legal research re: ▮▮▮ | 1.80<br>150.00/hr | 270.00 |
| | - | AMP | Per TCV instructions, draft affidavit of Thomas C. Valkenet re: attempts to serve process on defendant to accompany response to order to show good cause. | 0.50<br>150.00/hr | 75.00 |

_____

Christopher P. Swanson
Jeffrey Printz
RE:    Claim against Marina Martins
       Property: 1375 Maryland Avenue NW
       Washington DC 20002

Invoice #   14098
3/1/2016                                                    Page   2

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/10/2016 | - | AMP | Draft and complete response to order to show good cause why case should not be dismissed for lack of procecution. | 0.80<br>150.00/hr | 120.00 |
| 2/11/2016 | - | TCV | Revise draft motion to defer dismissal and to show cause under Rule 4, and revise affidavit. | 3.00<br>400.00/hr | 1,200.00 |
| 2/12/2016 | - | AMP | Per TCV instruction, conduct research re: [redacted] | 1.20<br>150.00/hr | 180.00 |
| | - | AMP | With updated research, revise draft of response to show good cause. | 0.80<br>150.00/hr | 120.00 |
| 2/15/2016 | - | TCV | Revise and file show cause and affidavit with exhibits. | 0.70<br>400.00/hr | 280.00 |
| 2/16/2016 | - | TCV | Receive and review Judge Moss Minute Order granting extension of service deadline through April 31, 2016; Calendar same. | 0.20<br>400.00/hr | 80.00 |
| 2/17/2016 | - | AMP | Per TCV instructions, begin legal research re: [redacted] | 1.20<br>150.00/hr | 180.00 |
| 2/19/2016 | - | AMP | Conduct legal research re: international service of process re: [redacted] | 1.50<br>150.00/hr | 225.00 |
| | - | AMP | Draft memo re: [redacted] | 1.50<br>150.00/hr | 225.00 |
| 2/22/2016 | - | TCV | Review research on [redacted] Discuss with Mr. Phillips; Follow up research on [redacted] | 1.20<br>400.00/hr | 480.00 |

Christopher P. Swanson
Jeffrey Printz
RE:   Claim against Marina Martins
      Property: 1375 Maryland Avenue NW
      Washington DC 20002

Invoice #   14098
3/1/2016                                                                                    Page   3

|            |     |                                                                 | Hrs/Rate      | Amount     |
|------------|-----|-----------------------------------------------------------------|---------------|------------|
| 2/23/2016 -| TCV | Review Hague Convention ████████████████                        | 1.10          | 440.00     |
|            |     | ████████████████████████████                                    | 400.00/hr     |            |
| 2/24/2016 -| TCV | Review Variety articles on Martins and U.S. based               | 0.50          | 200.00     |
|            |     | production; E-mail ████████████████ to client, ████████         | 400.00/hr     |            |

|                                                                                      |           |              |
|--------------------------------------------------------------------------------------|-----------|--------------|
| Total time expense                                                                   | 18.00     | $4,625.00    |
| 2/12/2016  Payment from escrow account to pay attorneys fees earned                  |           | ($2,515.00)  |
| 3/1/2016   Payment from escrow account to pay remaining balance on INV# 14098        |           | ($2,110.00)  |
| Total payments and adjustments                                                       |           | ($4,625.00)  |
| Balance due                                                                          |           | $0.00        |

|                                                                                      |              |
|--------------------------------------------------------------------------------------|--------------|
| Previous balance of Client Escrow                                                    | ████         |
| 2/12/2016  Payment from escrow account to pay attorneys fees earned                  | ($2,515.00)  |
| 3/1/2016   Payment from escrow account to pay remaining balance on INV# 14098        | ($2,110.00)  |
| New balance of Client Escrow                                                         | ████         |

**YOUNG & VALKENET**
A T T O R N E Y S   A T   L A W
600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

# YOUNG & VALKENET
ATTORNEYS AT LAW

www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981

PHONE: 410-323-0900
FAX: 410-323-0977

April 01, 2016

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
Property: 1375 Maryland Avenue NW
Washington DC 20002

Invoice # 14128

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/22/2016 | TCV | Receive and review rejected London mailing; Review Hague research; E-mail ▇ to clients. | 0.30 400.00/hr | 120.00 |
| 3/23/2016 | AMP | Per TCV instructions, prepare service packets for international service through the Hague Convention. | 0.50 150.00/hr | 75.00 |
|  | AMP | Review rules and instructions for and draft request for service (USM 94). | 0.50 150.00/hr | 75.00 |
|  | AMP | Per TCV email instructions, conduct research ▇ | 0.40 150.00/hr | 60.00 |
|  | AMP | Place call and speak to US Marshals office for US District Court for Baltimore re proper sending location for international service packet. | 0.40 150.00/hr | 60.00 |
| 3/31/2016 | TCV | Visit with post office to discuss Hague Convention service to London with postmaster. | 0.20 400.00/hr | 80.00 |

Total time expense     2.30     $470.00

4/1/2016 Payment from escrow account to pay INV# 14128     ($470.00)

Total payments and adjustments     ($470.00)

Balance due     $0.00

Christopher P. Swanson
Jeffrey Printz
RE:  Claim against Marina Martins
     Property: 1375 Maryland Avenue NW
     Washington DC 20002

| | |
|---|---|
| Invoice # 14128 | |
| 4/1/2016 | Page 2 |

| | Amount |
|---|---|
| Previous balance of Client Escrow | ■ |
| 4/1/2016  Payment from escrow account to pay INV# 14128 | ($470.00) |
| New balance of Client Escrow | ■ |

_____

**YOUNG & VALKENET**
ATTORNEYS AT LAW
600 WYNDHURST AVENUE, SUITE 230  BALTIMORE, MD  21210-2449

# YOUNG & VALKENET
### ATTORNEYS AT LAW
www.youngandvalkenet.com

FEDERAL TAX ID# 52-1858981
PHONE: 410-323-0900
FAX: 410-323-0977

June 06, 2016

Christopher P. Swanson
Jeffrey Printz
6 London Circle N
Rehoboth Beach, DE 19971-1456

---

FOR PROFESSIONAL SERVICES RENDERED:

Re: Claim against Marina Martins
     Property: 1375 Maryland Avenue NW
     Washington DC 20002

Invoice # 14204

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/22/2016 | - | TCV | Revise and file motion to suspend operation of Rule 4(m) for service on individual defendant in foreign country, or to extend time, TCV affidavit and proposed order. | 1.00 400.00/hr | 400.00 |
| 4/25/2016 | - | TCV | Receive and review Court's minute order suspending Rule 4(m) time limits on foreign service, and setting status report date. | 0.20 400.00/hr | 80.00 |
| 5/11/2016 | - | TCV | Review proof of foreign service in London. | 0.20 400.00/hr | 80.00 |
| 5/18/2016 | - | BSW | Research and draft memo on ▇▇▇▇ ▇▇▇▇ | 1.60 150.00/hr | 240.00 |
| 5/19/2016 | - | BSW | Research ▇▇▇▇ ▇▇▇▇ | 1.00 150.00/hr | 150.00 |
| | - | TCV | Review B. Wilson memo on ▇▇▇▇ ▇▇▇▇ Task B. Wilson to draft proof of service, request for default, and request for judgment by default; E-mail to clients. | 0.40 400.00/hr | 160.00 |
| 5/23/2016 | - | ITV | At TCV's request, draft request for entry of default. | 0.50 250.00/hr | 125.00 |

Christopher P. Swanson
Jeffrey Printz
RE:   Claim against Marina Martins
       Property: 1375 Maryland Avenue NW
       Washington DC 20002

Invoice #  14204
6/6/2016                                          Page   2

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/23/2016 | - | ITV | Draft entry of appearance for ITV; E-file Request for default and entry of appearance on CM/ECF system. | 0.40<br>250.00/hr | 100.00 |
| 5/24/2016 | - | ITV | Review notices issued by Bankruptcy Court. | 0.20<br>250.00/hr | 50.00 |
| | - | ITV | Draft request for entry of default judgment pursuant to FRCP 55(b)(1); draft proposed order pursuant to local DC rules; draft affidavits for Christopher Swanson and Jeff Printz's review and execution; review notice of non-military service affidavit issued by Bankruptcy Court; review notice of entry of default issued by clerk; email to clients ▮ | 4.00<br>250.00/hr | 1,000.00 |
| | - | TCV | Review ITV draft request for judgment upon entry of default and draft affidavits. | 0.60<br>400.00/hr | 240.00 |

|  |  |  |
|---|---|---|
| Total time expense | 10.10 | $2,625.00 |
| 5/16/2016  Payment from escrow account to pay attorneys fees earned | | ($480.00) |
| 6/3/2016   Payment from escrow account to pay INV#14204 | | ($2,145.00) |
| Total payments and adjustments | | ($2,625.00) |
| Balance due | | $0.00 |
| Previous balance of Client Escrow | | ▮ |
| 5/16/2016  Payment from escrow account to pay attorneys fees earned | | ($480.00) |
| 6/3/2016   Payment from escrow account to pay INV#14204 | | ($2,145.00) |
| New balance of Client Escrow | | ▮ |