IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SWANSON, *et al.*

    Plaintiffs

v.

MARINA MARTINS          Case No. 1:15-cv-01635-RDM

    Defendant

## CERTIFICATE OF SERVICE

The Plaintiffs, Christopher Swanson and Jeff Printz, by and through their undersigned counsel, and pursuant to Judge Moss' June 28, 2016 Order, certify that:

1. On June 30, 2016, copies of the Clerk's Default (Docket #9), the Plaintiffs' Motion for Default Judgment (Docket #10), and Judge Moss' June 28, 2016 Order were dispatched to the Royal Courts of Justice, in London, for service pursuant to the Hague Convention and Fed. R. Civ. Proc. 4(f).

2. Counsel expects the documents to be served promptly, but has no control over the expediency of foreign judicial mechanisms.  As of the date of this certificate, no information has arrived from London indicating whether, when, or how Ms. Martins may have been served.

3. This certificate is submitted in accordance with the Court's June 28, 2016 Order directing a certificate to be filed on or before July 12, 2016.  Counsel will continue to abide by the further direction of the Court, and will provide further certificates as details arrive from London.

/s/
Ian T. Valkenet
Young & Valkenet
600 Wyndhurst Avenue, Suite 230
Baltimore, Maryland 21210
(410) 323-0900
ITV@youngandvalkenet.com

Co-counsel for the Plaintiffs